<table>
<tr><td><b>Fill in this information to identify the case:</b></td></tr>
</table>

United States Bankruptcy Court for the:

Central District of California

Case number (if known): _____ Chapter ___11___

☐ Check if this is an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy                 06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | |
|---|---|
| **1. Debtor's name** | CCC Consulting Corporation |
| **2. All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | |
| **3. Debtor's federal Employer Identification Number (EIN)** | 8  4 – 2  4  9  4  0  4  9 |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 604 Wrede Way<br>Number          Street | Number          Street |
| | P.O. Box |
| West Covina, CA 91791<br>City                              State      ZIP Code | City                              State      ZIP Code |
| Los Angeles<br>County | **Location of principal assets, if different from principal place of business**<br>677 Laurel St<br>Number          Street |
| | San Carlos, CA 94070<br>City                              State      ZIP Code |

| | |
|---|---|
| **5. Debtor's website (URL)** | www.patxispizza.com |
| **6. Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

Debtor      CCC Consulting Corporation
            Name                                                                        Case number (if known)

| | |
|---|---|
| **7. Describe debtor's business** | **A.** *Check one:* |
| | ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A)) |
| | ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) |
| | ☐ Railroad (as defined in 11 U.S.C. §101(44)) |
| | ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A)) |
| | ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)) |
| | ☐ Clearing Bank (as defined in 11 U.S.C. §781(3)) |
| | ☑ None of the above |

**B.** *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

**C.** NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes .
  7   2   2   5

| | |
|---|---|
| **8. Under which chapter of the Bankruptcy Code is the debtor filing?**<br><br>A debtor who is a "small business debtor" must check the first subbox. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box | *Check one:*<br><br>☐ Chapter 7<br><br>☐ Chapter 9<br><br>☑ Chapter 11. *Check **all** that apply:*<br><br>   ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br><br>   ☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br><br>   ☐ A plan is being filed with this petition.<br><br>   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).<br><br>   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.<br><br>   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.<br><br>☐ Chapter 12 |

| | |
|---|---|
| **9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**<br><br>If more than 2 cases, attach a separate list. | ☑ No<br><br>☐ Yes. District _____ When _____ Case number _____<br>                            MM / DD / YYYY<br>       District _____ When _____ Case number _____<br>                            MM / DD / YYYY |

| | |
|---|---|
| **10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**<br><br>List all cases. If more than 1, attach a separate list. | ☑ No<br><br>☐ Yes. Debtor _____ Relationship _____<br>       District _____ When _____<br>                              MM / DD / YYYY<br>       Case number, if known _____ |

Debtor    CCC Consulting Corporation _____    Case number *(if known)* _____
        Name

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:*<br><br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br>☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>    **Why does the property need immediate attention?** *(Check all that apply.)*<br>    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>        What is the hazard? _____<br><br>    ☐ It needs to be physically secured or protected from the weather.<br>    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>    ☐ Other _____<br><br>    **Where is the property?** _____<br>        Number     Street<br><br>        _____   _____   _____<br>        City       State    ZIP Code<br><br>    **Is the property insured?**<br>    ☐ No<br>    ☐ Yes.   Insurance agency _____<br>            Contact name _____<br>            Phone _____ |

## Statistical and administrative information

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:*<br><br>X Funds will be available for distribution to unsecured creditors.<br><br>_ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ☐ 1-49    ☑ 50-99    ☐ 1,000-5,000    ☐ 5,001-10,000    ☐ 25,001-50,000    ☐ 50,000-100,000<br>☐ 100-199    ☐ 200-999    ☐ 10,001-25,000    ☐ More than 100,000 |
| **15. Estimated assets** | ☑ $0-$50,000    ☐ $1,000,001-$10 million    ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000    ☐ $10,000,001-$50 million    ☐ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000    ☐ $50,000,001-$100 million    ☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million    ☐ $100,000,001-$500 million    ☐ More than $50 billion |

| Debtor | CCC Consulting Corporation | Case number *(if known)* |
|---|---|---|
| | Name | |

**16. Estimated liabilities**

- [ ] $0-$50,000
- [ ] $50,001-$100,000
- [ ] $100,001-$500,000
- [ ] $500,001-$1 million
- [x] $1,000,001-$10 million
- [ ] $10,000,001-$50 million
- [ ] $50,000,001-$100 million
- [ ] $100,000,001-$500 million
- [ ] $500,000,001-$1 billion
- [ ] $1,000,000,001-$10 billion
- [ ] $10,000,000,001-$50 billion
- [ ] More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING --**    Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

- I have been authorized to file this petition on behalf of the debtor.

- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    12/16/2022
                MM/ DD/ YYYY

X _____    _____
Signature of authorized representative of debtor        Edmund Cutting
                                                        Printed name

Title    CEO/CFO

**18. Signature of attorney**

X _____    Date    12/16/2022
Signature of attorney for debtor                MM/ DD/ YYYY

James E Till
Printed name

LimNexus LLP
Firm name

707 Wilshire Blvd 46th Floor
Number        Street

Los Angeles                    CA        90017
City                           State     ZIP Code

(213) 955-9500                 james.till@limnexus.com
Contact phone                  Email address

200464                         CA
Bar number                     State

## RESOLUTION OF

## CCC CONSULTING CORPORATION, A CALIFORNIA CORPORATION

Edmund Cutting, as the sole shareholder ("**Shareholder**") and Chief Executive Officer ("**CEO**") of CCC Consulting Corporation, a California corporation (the "**Company**"), adopts the following resolutions (the "**Resolutions**").

WHEREAS, Shareholder and CEO are familiar with the facts and information relating to, among other things:  (i) the Company's operations, assets, liabilities, and liquidity; (ii) the strategic alternatives available to the Company; and (iii) the potential impacts of the foregoing on the Company's businesses.

WHEREAS, Shareholder and CEO, in consultation with the Company's management and their professional advisors, have, among other things, evaluated the business alternatives available to the Company, including, but not limited to:  (i) potential equity, debt and other financing, and sale; (ii) out-of-court and in-court options; and (iii) options available under subchapter V or chapter 11 of title of the the United States Code (the "**Bankruptcy Code**") (collectively the "**Options**").

WHEREAS, CEO has the power and authority to approve any of the Options or any other strategic alternatives available to the Company.

WHEREAS, Shareholder and CEO have determined, in their judgment, that the Company's filing a voluntary subchapter V or chapter 11 petition in order to avail itself of applicable law, including the bankruptcy laws, is in the best interests of the Company, their creditors, and other interested parties; and that the choice of venue (i.e., the Central District of California), reflects the preferred venue choice of the Shareholder, the CEO, and the Company.

NOW, THEREFORE, BE IT:

RESOLVED, that the Company shall be and hereby is authorized to file or cause to be filed a voluntary petition for relief under subchapter V or chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Central District of California (when filed, the "**Bankruptcy Case**"); and it is

FURTHER RESOLVED that any officer (or legally authorized individual duly acting on behalf) of the Company (each, an "**Authorized Office**r"), acting alone or with one or more other Authorized Officers (though in consultation with the Shareholder), is hereby authorized, empowered and directed to execute and file on behalf of the Company all petitions, motions, pleadings, applications, exhibits, schedules, lists, and other papers, instruments, or documents, and take and perform any and all further actions and steps that they deem necessary, desirable, and proper to obtain such relief, including, without limitation, any action necessary, appropriate, or desirable to maintain or improve the operation of the Company's business, and to cause the same to be filed in the United States Bankruptcy Court for the Central District of California, at such time as the Authorized Officers shall determine; and it is

FURTHER RESOLVED, that the retention by the Company of the law firm of LimNexus LLP ("**LimNexus**") as bankruptcy counsel to represent and assist the Company in carrying out its duties under either subchapter V or chapter 11 of the Bankruptcy Code, and to take any and all actions necessary to advance the Company's rights in connection therewith, including filing any pleadings, is approved and ratified, and each of the Authorized Officers, with power of delegation, is hereby authorized and directed to execute and ratify appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain LimNexus; and it is

2

FURTHER RESOLVED, that in consultation with the Shareholder, each of the Authorized Officers is authorized and empowered to employ on the Company's behalf other professionals necessary to assist the Company in carrying out its duties under the Bankruptcy Code; and in connection therewith, each of the Authorized Officers is, in consultation with the Shareholder and with power of delegation, instruments, and other documents and to pay all expenses, including but not limited to filing fees, in each case as in such Authorized Officer or Authorized Officers' judgment, shall be necessary, appropriate, or desirable in order to fully carry out the intent and accomplish the purposes of the Resolutions adopted herein; and it is

FURTHER RESOLVED, that any and all actions heretofore taken by any of the Authorized Officers or the Shareholder and CEO in the name and on behalf of the Company in furtherance of the purpose and intent of any or all of the foregoing Resolutions are hereby ratified, confirmed, and approved in all respects.

IN WITNESS WHEREOF, the undersigned, being the sole shareholder and CEO of the Company, hereby execute these Resolutions.

EDMUND CUTTING                                        EDMUND CUTTING

By:_____                     By:_____
    Edmund Cutting, as                                         Edmund Cutting, as Chief
    sole shareholder                                              Executive Officer

3

| Fill in this information to identify the case: |
| --- |
| Debtor name         CCC Consulting Corporation |
| United States Bankruptcy Court for the:    Central District of California |
| Case number (if known): _____ |

☐ Check if this is an
amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                              **12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | American Express - Business Gold Reward Rausch Sturm LLP 250 N Sunnyslope Rd Ste 300 Brookfield, WI 53005 | (800) 453-2044 | Credit Card | Unliquidated | | | $38,808.48 |
| 2 | American Express - Business Platinum Rausch & Sturm LLP 250 N Sunnyslope Rd Ste 300 Brookfield, WI 53005 | (800) 453-2044 | Credit Card | Unliquidated | | | $10,539.00 |
| 3 | American Express - Plum Rausch Sturm LLP 250 N Sunnyslope Rd Ste 300 Brookfield, WI 53005 | (800) 453-2044 | Credit Card | | | | $14,032.25 |
| 4 | AMEX - Business Platinum Rausch Sturm LLP 250 N Sunnyslope Rd Ste 300 Brookfield, WI 53005 | (800) 453-2044 | Credit Card | Unliquidated | | | $65,908.86 |
| 5 | Aramark PO Box 101179 San Mateo, CA 94403 | (800) 272-6275 | Restaurant Supplies | Unliquidated | | | $501.80 |
| 6 | Coors Distributing Attn: Blair Lynzie 5400 Pecos Denver, CO 80221 | (303) 433-6541 | Beverage | Unliquidated | | | $354.00 |
| 7 | Denver Beverage Attn: Nick Christensen 353 West 56th Ave Denver, CO 80216 | (303) 295-3737 | Beverage | Unliquidated | | | $685.27 |
| 8 | Denver Water P O Box 173343 Denver, CO 80217 | (303) 389-3244 | Utilities | Unliquidated | | | $1,652.57 |

Debtor    CCC Consulting Corporation
　　　　　Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 Devils Canyon Brewing Company 935 Washington St San Carlos, CA 94070 | (650) 592-2739 | Beverage | Unliquidated | | | $2,371.50 |
| 10 Direct TV P O Box 5006 Carol Stream, IL 60197 | (800) 496-4915 | TV's | Unliquidated | | | $1,218.57 |
| 11 Essential Plastics Attn: Milena Nichols 4901 Nome St Denver, CO 80239 | (303) 371-8975 | Restaurant Supplies | Unliquidated | | | $709.75 |
| 12 Golden Brands 245 S Spruce Ave #900 South San Francisco, CA 94080 | (415) 935-2100 | Beverage | Unliquidated | | | $1,551.90 |
| 13 Image Systems Signs Inc Attn: Sergio Meiron 870 Crenshaw Blvd Unit 101 Los Angeles, CA 90005 | (323) 931-6630 | Fixtures | Unliquidated | | | $2,000.00 |
| 14 JMS Development Partners Angi DiPaola P O Box 1334 San Carlos, CA 94070 | (650) 599-9713 angi@jmsdevelopmentpartners.com | Lessor of commercial real property | Unliquidated | | | $30,799.86 |
| 15 Matagrano Inc R. Fernandez P O Box 2588 South San Francisco, CA 94083 | (650) 246-3770 | Beverage | Unliquidated | | | $1,746.00 |
| 16 Republic Service P O Box 78839 Phoenix, AZ 85062 | (303) 286-1200 | Garbage removal | Unliquidated | | | $1,975.06 |
| 17 Southern California Gas Remittance Processing 1801 S Atlantic Blvd ML 711D Monterey Park, CA 91754 | (877) 238-0092 | Gas/Utility | Unliquidated | | | $24,663.96 |
| 18 Southern Glazers Attn Thomas Koehorst PO Box 742313 Los Angeles, CA 90074 | (415) 602-7279 | Beverage Supplies | Unliquidated | | | $3,865.48 |
| 19 Southern Glaziers of CO Attn: Dan Haveck 22800 E 19th Ave Aurora, CO 80019 | (800) 332-9956 | Beverage | Unliquidated | | | $1,096.78 |
| 20 US Foods P O Box 394766 San Francisco, CA 94139 | (800) 682-1282 | Food Supply | Unliquidated | | | $21,949.53 |

Fill in this information to identify the case:

Debtor name _____ CCC Consulting Corporation _____

United States Bankruptcy Court for the:
_____ Central District of California _____

Case number (if known): _____

☐ Check if this is an
    amended filing

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors                12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## ▉ Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐   *Schedule H: Codebtors* (Official Form 206H)

☐   *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐   *Amended Schedule* _____

☒   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  ___12/16/2022___          X _____
              MM/ DD/ YYYY               Signature of individual signing on behalf of debtor

                                         ___Edmund Cutting___
                                         Printed name

                                         ___CEO/CFO___
                                         Position or relationship to debtor

Official Form B202                   **Declaration Under Penalty of Perjury for Non-Individual Debtors**

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| James E. Till (Bar No. 200464)<br>LIMNEXUS LLP<br>707 Wilshire Blvd, 46th Floor<br>Los Angeles, CA 90017<br>Telephone: 213-955-9500<br>Email:  james.till@limnexus.com | |

☒ *Attorney for:* CCC Consulting Corporation

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br><br>CCC CONSULTING CORPORATION<br><br><br>Debtor(s). | CASE NO.:<br><br>ADVERSARY NO.:<br><br>CHAPTER: 11 |
|---|---|
| <br><br><br>Plaintiff(s), | **CORPORATE OWNERSHIP STATEMENT PURSUANT TO  FRBP 1007(a)(1) and 7007.1, and LBR 1007-4** |
| <br>Defendant(s). | [No hearing] |

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report.  This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding.  A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I, *(Printed name of attorney or declarant)*  Edmund Cutting_____, the undersigned in the above-captioned case, hereby declare under penalty of perjury under the laws of the United States that the following is true and correct:

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                                      Page 1                          **F 1007-4.CORP.OWNERSHIP.STMT**

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.   I have personal knowledge of the matters set forth in this Statement because:

     ☒  I am the president or other officer or an authorized agent of the Debtor corporation

     ☐  I am a party to an adversary proceeding

     ☐  I am a party to a contested matter

     ☐  I am the attorney for the Debtor corporation

2.a.   ☐   The following entities, other than the Debtor or a governmental unit, directly or indirectly own 10% or more of
any class of the corporation's(s') equity interests:

_____

_____

_____

[For additional names, attach an addendum to this form.]

  b.   ☒   There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity
interest.

Date:  _12/16/2022_____

By:  _____
              Signature of Debtor, or attorney for Debtor

Name:  _Edmund Cutting_____
            Printed name of Debtor, or attorney for Debtor

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                                   Page 2                      **F 1007-4.CORP.OWNERSHIP.STMT**

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate.  Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

    None

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows:  (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

    None

3.  (If petitioner is a corporation)  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate.  Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

    None

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days:  (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate.  Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

    None

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at ___West Covina_____ , California

_____
Signature of Debtor 1

Date: ___12/16/2022_____

_____
Signature of Debtor 2

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

Attorney or Party Name, Address, Telephone & FAX
Nos., State Bar No. & Email Address

James E. Till (Bar No. 200464)
LIMNEXUS LLP
707 Wilshire Blvd, 46th Floor
Los Angeles, CA 90017
Telephone:  213-955-9500
Email:  james.till@limnexus.com

FOR COURT USE ONLY

☐ *Debtor(s) appearing without attorney*
☒ *Attorney for Debtor*

## UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

In re:

CCC CONSULTING CORPORATION

CASE NO.:

CHAPTER: 11

## VERIFICATION OF MASTER
## MAILING LIST OF CREDITORS

### [LBR 1007-1(a)]

Debtor(s).

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under
penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of
__11__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all
responsibility for errors and omissions.

Date:  __12/16/2022_____

_____
Signature of Debtor 1

Date:  _____

_____
Signature of Debtor 2 (joint debtor) (if applicable)

Date:  _____

_____
Signature of Attorney for Debtor (if applicable)

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California

*December 2015*

**F 1007-1.MAILING.LIST.VERIFICATION**

Ace Foods LLP
Attn Marie C Mirch Esq
1180 Rosecrans St Ste 104-557
San Diego, CA 92106

AFLAC
Attn: Rosario Ronquillo
4500 Park Granada Blvd #202
Calabasas, CA 91302

Alvaro Alvarez
519 Anacapa St Apt B
Santa Barbara, CA 93101

American Express - Business
Gold Reward
Rausch Sturm LLP
250 N Sunnyslope Rd Ste 300
Brookfield, WI 53005

American Express - Business
Platinum
Rausch & Sturm LLP
250 N Sunnyslope Rd Ste 300
Brookfield, WI 53005

American Express - Plum
Rausch Sturm LLP
250 N Sunnyslope Rd Ste 300
Brookfield, WI 53005

AMEX - Business Platinum
Rausch Sturm LLP
250 N Sunnyslope Rd Ste 300
Brookfield, WI 53005

Andres S Baisch
955 Cherry St
San Carlos, CA 94070

Andrew McCauley
815 E Fremont Ave
Sunnyvale, CA 94087

Andrew Osorio
1 Plaza View Ln
San Mateo, CA 94404

Andy Top
721 Whipple Ave
Redwood City, CA 94063

Aramark
PO Box 101179
San Mateo, CA 94403

Aramark
PO Box Box 731676
Dallas, TX 75373

Aubriana A Campbell
3135 Campus Dr #106
San Mateo, CA 94403

Breakthru Beverage
Attn Kristin Abrams
P O Box 13306
Baltimore, MD 21203

Brenda Rodriguez
5218 Keo Dr
Santa Barbara, CA 93111

California Dept Tax and Fee
Admin
Attn Maria Hales
3321 Power Inn Rd Ste 210
Sacramento, CA 95826

Carlos Gasga
671 Laurel St Apt 103B
San Carlos, CA 94070

Celeste Di Maria
620 W Gutierrez St
Santa Barbara, CA 93101

Celtic Bank
268 State St #300
Salt Lake City, UT 84111

Christopher Vella
RP Commercial
5318 E 2nd St #303
Long Beach, CA 90803

City and County of Denver
PO Box Box 660860
Dallas, TX 75266

City and County of Denver
PO Box Box 660861
Dallas, TX 75267

Claro Pirir
145 Roosevelt Ave #36
Redwood City, CA 94061

Colorado Department of
Revenue
P O Box 17087
Denver, CO 80217


Coors Distributing
Attn: Blair Lynzie
5400 Pecos
Denver, CO 80221


Cristian Carballo Valladares
712 Madison Ave Apt A
Redwood City, CA 94061


Cutting Concepts Corporation
Attn Steve Luan Esq
2451 Huntington Dr
San Marino, CA 91108


Daly Property Management
9743 Oakmore Rd
Los Angeles, CA 90035


Danta Sosa
712A Madison Ave
Redwood City, CA 94061


Denver Beverage
Attn: Nick Christensen
353 West 56th Ave
Denver, CO 80216


Denver Water
P O Box 173343
Denver, CO 80217

Devils Canyon Brewing
Company
935 Washington St
San Carlos, CA 94070

Direct TV
P O Box 5006
Carol Stream, IL 60197

Donovin P Caldwell
129 Leanne Ln
Concord, CA 94518

Edgar Aguilar
1244 Cherry St Apt 3
San Carlos, CA 94070

Elizabeth Bertin
1814 Robbins St
Santa Barbara, CA 93101

Employment Development
Dept
Bankruptcy Unit MIC 92E
PO Box Box 826880
Sacramento, CA 94280-0001

Erick Top
721 Whipple Ave
Redwood City, CA 94063

Essential Plastics
Attn: Milena Nichols
4901 Nome St
Denver, CO 80239

Franchise Tax Board
Bankruptcy Section MS A-340
PO Box 2952
Sacramento, CA 95812-2952

Gerson Top
721 Whipple St
Redwood City, CA 94063

Golden Brands
245 S Spruce Ave #900
South San Francisco, CA 94080

IFS
5496 Lindbergh Lane
Bell , CA 90201

Image Systems Signs Inc
Attn: Sergio Meiron
870 Crenshaw Blvd Unit 101
Los Angeles, CA 90005

Internal Revenue Service
PO Box Box 7346
Philadelphia, PA 19101-7346

Isaac A Cifuentes
1024 Adams St Apt 1
Redwood City, CA 94061

Jacob Macias
1024 Palmetto Way Unit B
Carpinteria, CA 93013

Jade Kung
22627 Myrtle Circle
Hayward, CA 94541


Jesus Avina
5218 Mono Dr
Santa Barbara, CA 93101


JMS Development Partners
Angi DiPaola
P O Box 1334
San Carlos, CA 94070


JMS Development Partners
Box 1334
San Carlos, CA 94070


Jordan Scott
325 S Los Robles Ave #3
Pasadena, CA 91101


Kevin E Carballo Valladares
810 Coleman Ave
Menlo Park, CA 94025


Law Office of Patrick C Carroll
Attn Patrick Carroll Esq
6440 Oak Canyon Ste 250
Irvine, CA 92618


Levi Chagoya
130 S Soledad
Santa Barbara, CA 93101

Mackenzie Clarke
163 Silver Ave
Redwood City, CA 94061


Mara Parau
416 E Valerio St
Santa Barbara, CA 93101


Matagrano Inc
R. Fernandez
P O Box 2588
South San Francisco, CA 94083


Mathias White
8529 Arcade Oaks Ct
Orangevale, CA 95662


Matthew Lloyd
620 Cassia St
Redwood City, CA 94063


Maurilio Munoz-Severiano
2102 Bath St
Santa Barbara, CA 93105


Narciso Suarez
122 Hurlbut St
Pasadena, CA 91105


Noah Sanders
779 Camino Pescadero
Goleta, CA 93117

Patsyann Sutton
964 E Badillo St
Covina, CA 91724


Professional Building Care Inc
131 Industrial Way Ste 15
Belmont, CA 94002


Raquel Gonzalez
2351 Coral St
Los Angeles, CA 90031


Redondo Investment
Company
Attn Claudia Mourad Esq
29 Orchard Rd
Lake Forest, CA 92630

Republic Service
P O Box 78839
Phoenix, AZ 85062


Ruben Flores
5362 Holister Ave Apt 11
Santa Barbara, CA 93111


Ryan Patrick Sharkey
212 W Valerio St
Santa Barbara, CA 93101


Seth Lindauer
Attn Marie Mirch Esq
1180 Rosecrans St Ste 104-557
San Diego, CA 92106

Small Business
Administration
Office of the General Counsel
312 N Spring St 5th FL
Los Angeles, CA 90012

Southern California Gas
Remittance Processing
1801 S Atlantic Blvd ML 711D
Monterey Park, CA 91754

Southern Glazers
Attn Thomas Koehorst
PO Box 742313
Los Angeles, CA 90074

Southern Glaziers of CO
Attn: Dan Haveck
22800 E 19th Ave
Aurora, CO 80019

State Board of Equalization
Account Information Group MIC 29
PO Box 942879
Sacramento, CA 94279-0029

US Foods
P O Box 394766
San Francisco, CA 94139

Vance A Brown
1519 San Pascual St Unit A
Santa Barbara, CA 93101

Wesierski & Zurek LLP
Attn Claudia Mourad Esq
29 Orchard Rd
Lake Forest, CA 92630

XCEL Energy
P O Box 8
Eau Claire, WI 54702