---

Fill in this information to identify the case:

Debtor name __CCC Consulting Corporation__

United States Bankruptcy Court for the:
__Central District of California__

Case number (if known): __2:22-bk-16853-ER__   Chapter __11__

☑ Check if this is an amended filing

# Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals    12/15

### Part 1: Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real Property:**
   Copy line 88 from *Schedule A/B*............................................................................................................. $0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*........................................................................................................... $44,331.32

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*............................................................................................................. $44,331.32

### Part 2: Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*................. $722,812.50

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*................................................................ $106,320.36

   3b. **Total amount of claims of non-priority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.................................... + $754,549.60

4. **Total liabilities**..................................................................................................................................... $1,583,682.46
   Lines 2 + 3a + 3b

**Fill in this information to identify the case:**

Debtor name: __CCC Consulting Corporation__

United States Bankruptcy Court for the: __Central District of California__

Case number (if known): __2:22-bk-16853-ER__

☑ Check if this is an amended filing

# Official Form 206A/B

## Schedule A/B: Assets — Real and Personal Property  12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

**Be as complete and accurate as possible.** If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**
   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 2. **Cash on hand** | | | **$200.00** |
| 3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | | |
| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| 3.1 **Bank of America** | **Checking account** | **9228** | **($51.71)** |
| **Additional Page Total** - *See continuation page for additional entries* | | | **$7,411.03** |
| 4. **Other cash equivalents** *(Identify all)* | | | |
| None | | | |

5. **Total of Part 1**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.  **$7,559.32**

### Part 2: Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**
   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|
| 7. **Deposits, including security deposits and utility deposits** | |
| Description, including name of holder of deposit | |
| None | |

Official Form 206A/B    **Schedule A/B: Assets — Real and Personal Property**    page **1**

Debtor    **CCC Consulting Corporation**                                        Case number *(if known)*    **2:22-bk-16853-ER**
             Name

---

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
   Description, including name of holder of prepayment

   **None**

9. **Total of Part 2**                                                                                                                    **$0.00**
   Add lines 7 through 8 (including amounts on any additional sheets). Copy the total to line 81.

## Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**
    ☐ No. Go to Part 4.
    ☑ Yes. Fill in the information below.

                                                                                                                       **Current value of debtor's interest**

11. **Accounts Receivable**

    11a. 90 days old or less:        **$6,622.00**           -        **$6,622.00**          = ……  →        **$6,622.00**
                                      face amount                     doubtful or uncollectible accounts

    11b. Over 90 days old:        _____         -        _____         = ……  →        _____
                                      face amount                     doubtful or uncollectible accounts

12. **Total of Part 3**                                                                                                                   **$6,622.00**
    Current value on lines 11a + 11b = line 12. Copy the total to line 82.

## Part 4: Investments

13. **Does the debtor own any investments?**
    ☑ No. Go to Part 5.
    ☐ Yes. Fill in the information below.

                                                                            **Valuation method used for current value**    **Current value of debtor's interest**

14. **Mutual funds or publicly traded stocks not included in Part 1**
    Name of fund or stock:

    **None**

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
    Name of fund or stock:                                        % of ownership:

    **None**

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
    Describe:

---

Official Form 206A/B                    **Schedule A/B: Assets — Real and Personal Property**                    page **2**

Debtor    **CCC Consulting Corporation**                          Case number *(if known)*    **2:22-bk-16853-ER**
        Name

**None**

**17. Total of Part 4**                                                                                                  **$0.00**
Add lines 14 through 16 (including any additional sheets). Copy the total to line 83.

## Part 5: Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**
☐ No. Go to Part 6.
☒ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| 19.1 **Fresh and packaged ingredients** | MM / DD / YYYY | (Unknown) | | $700.00 |
| **20. Work in progress** | | | | |
| None | | | | |
| **21. Finished goods, including goods held for resale** | | | | |
| None | | | | |
| **22. Other inventory or supplies** | | | | |
| 22.1 **Takeout pizza boxes, food boxes, cups and utensils** | MM / DD / YYYY | (Unknown) | | $250.00 |

**23. Total of Part 5**                              **$950.00**
Add lines 19 through 22 (including any additional sheets). Copy the total to line 84.

**24. Is any of the property listed in Part 5 perishable?**
☐ No
☒ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☒ No
☐ Yes

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☒ No
☐ Yes

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**
☒ No. Go to Part 7.
☐ Yes. Fill in the information below.

| Debtor | **CCC Consulting Corporation** | Case number *(if known)* | **2:22-bk-16853-ER** |
|---|---|---|---|
| | Name | | |

| **General description** | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|

**28. Crops — either planted or harvested**

   None

**29. Farm animals** *Examples*: Livestock, poultry, farm-raised fish

   None

**30. Farm machinery and equipment** (Other than titled motor vehicles)

   None

**31. Farm and fishing supplies, chemicals, and feed**

   None

**32. Other farming and fishing-related property not already listed in Part 6**

   None

**33. Total of Part 6**
   Add lines 28 through 32. Copy the total to line 85.                                                                                   **$0.00**

**34. Is the debtor a member of an agricultural cooperative?**
   ☑ No
   ☐ Yes. Is any of the debtor's property stored at the cooperative?
      ☐ No
      ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
   ☑ No
   ☐ Yes

**36. Is a depreciation schedule available for any of the property listed in Part 6?**
   ☑ No
   ☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**
   ☑ No
   ☐ Yes

---

**Part 7:** Office furniture, fixtures, and equipment; and collectibles

---

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**
   ☐ No. Go to Part 8.
   ☑ Yes. Fill in the information below.

Debtor    **CCC Consulting Corporation** _____    Case number *(if known)* ___**2:22-bk-16853-ER**___
        Name

| **General description** | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|

**39. Office furniture**

    39.1  **Tables and chairs, bar stools**      **(Unknown)**           **$5,000.00**

**40. Office fixtures**

    40.1  **Lights, countertops, outdoor signage**      **(Unknown)**           **$200.00**

**41. Office equipment, including all computer equipment and communication systems equipment and software**

    41.1  **Bar and beverage equipment, pizza ovens, sinks, prep tables, cash registers, printers, credit card readers, refrigerators, dough risers**      **(Unknown)**           **$24,000.00**

**42. Collectibles** *Examples*: Antiques and figurines; paintings, prints or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

    **None**

**43. Total of Part 7**    **$29,200.00**

    Add lines 39 through 42. Copy the total to line 86.

**44. Is a depreciation schedule available for any of the property listed in Part 7?**
    ☑ No
    ☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

### Part 8: Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**
    ☑ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| **General description** Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|

**47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

    **None**

Debtor    **CCC Consulting Corporation**             Case number *(if known)*    **2:22-bk-16853-ER**
        Name

---

**48.** **Watercraft, trailers, motors, and related accessories** *Examples*:
Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

     **None**

**49.** **Aircraft and accessories**

     **None**

**50.** **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

     **None**

**51.** **Total of Part 8**                                                                  **$0.00**

Add lines 47 through 50. Copy the total to line 87.

**52.** **Is a depreciation schedule available for any of the property listed in Part 8?**
☑ No
☐ Yes

**53.** **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 9:**    Real Property

**54.** **Does the debtor own or lease any real property?**
☐ No. Go to Part 10.
☑ Yes. Fill in the information below.

| General description — Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

**55.** **Any building, other improved real estate, or land which the debtor owns or in which the debtor has interest**

| | | | | |
|---|---|---|---|---|
| Non residential real property<br>55.1   **671 Laurel St Ste B San Carlos, CA 94070** | Lease | (Unknown) | | (Unknown) |

**56.** **Total of Part 9**                                                           **$0.00**

Add the current value on lines 55.1 through 55.3 and entries from any addition sheets. Copy the total to line 88.

**57.** **Is a depreciation schedule available for any of the property listed in Part 9?**
☑ No
☐ Yes

**58.** **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☑ No
☐ Yes

---

Official Form 206A/B                           **Schedule A/B: Assets — Real and Personal Property**                         page **6**

Debtor    **CCC Consulting Corporation**    Case number *(if known)*    **2:22-bk-16853-ER**
Name

## Part 10: Intangibles and Intellectual Property

**59. Does the debtor have any interests in intangibles or intellectual property?**
☑ No. Go to Part 11.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**60. Patents, copyrights, trademarks, and trade secrets**

None

**61. Internet domain names and websites**

None

**62. Licenses, franchises, and royalties**

None

**63. Customer lists, mailing lists, or other compilations**

None

**64. Other intangibles, or intellectual property**

None

**65. Goodwill**

None

**66. Total of Part 10**
Add lines 60 through 65. Copy the total to line 89.                                                        $0.00

**67. Do your lists or records include personally identifiable information of customers?** (as defined in 11 U.S.C. §§ 101(41A) and 107)
☑ No
☐ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☑ No
☐ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 11: All other assets

Debtor    **CCC Consulting Corporation**                                    Case number *(if known)*    **2:22-bk-16853-ER**
      Name

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    ☑ No. Go to Part 12.
    ☐ Yes. Fill in the information below.

|  | **Current value of debtor's interest** |
|---|---|

71. **Notes receivable**
    Description (include name of obligor)
    **None**

72. **Tax refunds and unused net operating losses (NOLs)**
    Description (for example, federal, state, local)
    **None**

73. **Interests in insurance policies or annuities**
    **None**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**
    **None**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**
    **None**

76. **Trusts, equitable or future interests in property**
    **None**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership
    **None**

78. **Total of Part 11**
    Add lines 71 through 77. Copy the total to line 90.                                                                                    **$0.00**

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

Debtor   **CCC Consulting Corporation**                                              Case number *(if known)*   **2:22-bk-16853-ER**
         Name

## Part 12: Summary

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $7,559.32 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $6,622.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $950.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; collectibles.** *Copy line 43, Part 7.* | $29,200.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ➔ | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* + | $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column...... 91a. | $44,331.32  + 91b. | $0.00 |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92 .................................... | | $44,331.32 |

Official Form 206A/B                              **Schedule A/B: Assets — Real and Personal Property**                              page **9**

Debtor  **CCC Consulting Corporation**                                               Case number *(if known)*  **2:22-bk-16853-ER**
        Name

**Additional Page**

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| **3. Checking, savings, money market, or financial brokerage accounts -** *Continued* | | | |
| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| 3.2 **Bank of America** | **Checking account** | **9862** | **$3,693.96** |
| 3.3 **Bank of America** | **Checking account** | **9150** | **$100.00** |
| 3.4 **Bank of America** | **Checking account** | **4539** | **$791.55** |
| 3.5 **Bank of America** | **Checking account** | **8199** | **$2,825.52** |

**Fill in this information to identify the case:**

Debtor name _____CCC Consulting Corporation_____

United States Bankruptcy Court for the:
_____Central District of California_____

Case number (if known): __2:22-bk-16853-ER__    Chapter __11__

☑ Check if this is an amended filing

# Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                                                12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. Does the debtor have any executory contracts or unexpired leases?
   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | **State what the contract or lease is for and the nature of the debtor's interest** — Lease for Suite B at 677 Laurel St San Carlos CA / Contract to be ASSUMED<br>**State the term remaining** — 0 months<br>**List the contract number of any government contract** — | JMS Development Partners<br>Box 1334<br>San Carlos, CA 94070 |
| **2.2** | **State what the contract or lease is for and the nature of the debtor's interest** — Merchant Cash Advance Agreement<br>**State the term remaining** — 0 months<br>**List the contract number of any government contract** — | Pinnacle Business Funding LLC<br>1202 Ave U Ste 1115<br>Brooklyn, NY 11229 |
| **2.3** | **State what the contract or lease is for and the nature of the debtor's interest** — Franchise Agreement - San Carlos<br>**State the term remaining** — 0 months<br>**List the contract number of any government contract** — | Patxis Limited<br>Attn Michael Nakhleh<br>466 E Foothill Blvd #356<br>91001 |
| **2.4** | **State what the contract or lease is for and the nature of the debtor's interest** —<br>**State the term remaining** —<br>**List the contract number of any government contract** — | |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **CCC Consulting Corporation** |
| United States Bankruptcy Court for the: | **Central** District of **California** (State) |
| Case number (If known): | **2:22-bk-16853-ER** |

☑ Check if this is an amended filing

## Official Form 206H
## Schedule H: Codebtors
12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**
   - ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
   - ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 | CCC Capital Inc | 8028 Harrison St<br>Paramount, CA 90723 | Kalmata Capital Inc | ☐ D<br>☑ E/F<br>☐ G |
| 2.2 | CCC Entertainment Corp | 804 Wrede Way<br>West Covina, CA 91791 | Pinnacle Business Funding LLC | ☑ D<br>☐ E/F<br>☐ G |
| | | | Kalmata Capital Inc | ☐ D<br>☑ E/F<br>☐ G |
| 2.3 | CCC Entertainment Corp | 802 Harrison St<br>Paramount, CA 90723 | Pinnacle Business Funding LLC | ☑ D<br>☐ E/F<br>☐ G |
| | | | Kalmata Capital Inc | ☐ D<br>☑ E/F<br>☐ G |
| 2.4 | CCC Livinroom Corporation | 8028 Harrison St<br>Paramount, CA 90723 | Kalmata Capital Inc | ☐ D<br>☑ E/F<br>☐ G |

Debtor  **CCC Consulting Corporation**                              Case number (if known) **2:22-bk-16853-ER**
          Name

☐  Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
| --- | --- | --- | --- | --- |
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.5 | CCC Patxis Corporation | 10824 Archway Dr — Street <br><br> Long Beach, CA 90804 — City State ZIP Code | Pinnacle Business Funding LLC <br><br> Kalmata Capital Inc | ☑ D  ☐ E/F  ☐ G <br><br> ☐ D  ☑ E/F  ☐ G |
| 2.6 | CCC Patxis Pizza 2 Corporation | 8028 Harrison St — Street <br><br> Paramount, CA 90723 — City State ZIP Code | Kalmata Capital Inc | ☐ D  ☑ E/F  ☐ G |
| 2.7 | Cutting Catering | 8028 HarrisonSt — Street <br><br> Paramount, CA 90723 — City State ZIP Code | Kalmata Capital Inc | ☐ D  ☑ E/F  ☐ G |
| 2.8 | Cutting, Edmund | 604 Wrede Way — Street <br><br> West Covina, CA 91791 — City State ZIP Code | Pinnacle Business Funding LLC <br><br> Patxis Limited | ☑ D  ☐ E/F  ☐ G <br><br> ☐ D  ☑ E/F  ☐ G |
| 2.9 | Eagle Grove Inc | 8029 Harrison St — Street <br><br> Paramount, CA 90723 — City State ZIP Code | Kalmata Capital Inc | ☐ D  ☑ E/F  ☐ G |
| 2.10 | Edmunds | 8028 Harrison Sts — Street <br><br> Paramount, CA 90723 — City State ZIP Code | Kalmata Capital Inc | ☐ D  ☑ E/F  ☐ G |
| 2.11 | Hickam Harbor LLC | 8028 Harrison St — Street <br><br> Paramount, CA 90723 — City State ZIP Code | Daly Property Management | ☐ D  ☑ E/F  ☐ G |

Official Form 206H                **Schedule H: Codebtors**                page 2 of 4

Debtor  **CCC Consulting Corporation**  Case number (if known) **2:22-bk-16853-ER**
Name

Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** / **Mailing address** | | **Name** | *Check all schedules that apply:* |
| 2.12 | Slaters 50 50 | 8028 Harrison St — Street<br>Paramount, CA 90723 — City / State / ZIP Code | Kalmata Capital Inc | ☐ D<br>☑ E/F<br>☐ G |
| 2.13 | Slaters 50/50 | 8028 Harrison St — Street<br>Paramount, CA 90723 — City / State / ZIP Code | Kalmata Capital Inc | ☐ D<br>☑ E/F<br>☐ G |
| 2.14 | Slaters 50/50 Bacon Burgers Beer | 8028 Harrison St — Street<br>Paramount, CA 90723 — City / State / ZIP Code | Kalmata Capital Inc | ☐ D<br>☑ E/F<br>☐ G |
| 2.15 | Stonefire Pizza Co | 8028 Harrison St — Street<br>Paramount, CA 90723 — City / State / ZIP Code | Kalmata Capital Inc | ☐ D<br>☑ E/F<br>☐ G |
| 2.16 | Stonefire Pizza Company | 8028 Harrison St — Street<br>Paramount, CA 90723 — City / State / ZIP Code | Kalmata Capital Inc | ☐ D<br>☑ E/F<br>☐ G |
| 2.17 | | Street<br>City / State / ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.18 | | Street<br>City / State / ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |

Official Form 206H    **Schedule H: Codebtors**    page 3 of 4

| Debtor | **CCC Consulting Corporation** | Case number (if known) | **2:22-bk-16853-ER** |
|---|---|---|---|
| | Name | | |

▰ Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.19 | _____ | _____ Street | _____ | ❏ D<br>❏ E/F<br>❏ G |
| | | _____ | | |
| | | _____ City   State   ZIP Code | | |
| 2.20 | _____ | _____ Street | _____ | ❏ D<br>❏ E/F<br>❏ G |
| | | _____ | | |
| | | _____ City   State   ZIP Code | | |
| 2.21 | _____ | _____ Street | _____ | ❏ D<br>❏ E/F<br>❏ G |
| | | _____ | | |
| | | _____ City   State   ZIP Code | | |
| 2.22 | _____ | _____ Street | _____ | ❏ D<br>❏ E/F<br>❏ G |
| | | _____ | | |
| | | _____ City   State   ZIP Code | | |
| 2.23 | _____ | _____ Street | _____ | ❏ D<br>❏ E/F<br>❏ G |
| | | _____ | | |
| | | _____ City   State   ZIP Code | | |

Fill in this information to identify the case:

Debtor name ___CCC Consulting Corporation___

United States Bankruptcy Court for the:
___Central District of California___

Case number (if known): ___2:22-bk-16853-ER___

☒ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☒ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)  **(Amended)**

☒ *Amended Schedule* __A/B, G, H__

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __02/01/2023__
       MM/ DD/ YYYY

X _____
Signature of individual signing on behalf of debtor

__Edmund Cutting__
Printed name

__CEO/CFO__
Position or relationship to debtor

Official Form B202    **Declaration Under Penalty of Perjury for Non-Individual Debtors**