James E. Till (State Bar No. 200464)
TILL LAW GROUP
120 Newport Center Drive
Newport Beach, CA  92660
Telephone: 949.524.4999
Email: james.til@till-lawgroup.com

Counsel for Debtor and Debtor-in-Possession,
CCC Consulting Corporation

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA  - LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>CCC CONSULTING CORPORATION,<br><br>    Debtor and Debtor-in-Possession. | Case No.: 2:22-bk-16853-WB<br><br>Chapter 11<br><br>Subchapter V<br><br>**ANALYSIS OF BALLOTS FOR ACCEPTING OR REJECTING SECOND AMENDED PLAN OF REORGANIZATION FOR SMALL BUSINESS UNDER CHAPTER 11, DATED DECEMBER 15, 2023; DECLARATION OF JAMES E. TILL**<br><br><u>Confirmation Hearing:</u><br>DATE:   February 15, 2024<br>TIME:    10:00 a.m.<br>PLACE:  Courtroom 1375<br>             United States Bankruptcy Court<br>             255 E. Temple St.<br>             Los Angeles, CA 90012 |

**TO THE HONORABLE JULIA W. BRAND, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, PARTIES REQUESTING SPECIAL NOTICE AND OTHER PARTIES IN INTEREST:**

    CCC Consulting Corporation, debtor and debtor-in-possession herein ("<u>Debtor</u>") in the above-captioned chapter 11 case, hereby files this analysis of ballots for accepting or rejecting the *Second Amended Plan of Reorganization For Small Business Under Chapter 11, Dated*

1  *December 15, 2023* [Dkt. No. 114] (the "Plan"), indicating the acceptances and rejections received

2  in connection with the Plan.

3      As set forth in the Declaration of James E. Till attached hereto, the impaired voting classes

4  under the Plan were Classes 1, 2, 3, 4, 5, and 6.

5  DATED: January 30, 2024        TILL LAW GROUP

By:   */s/ James E. Till*
      James E. Till
Attorneys for CCC Consulting Corporation,
Debtor and Debtor-in-Possession

**DECLARATION OF JAMES E. TILL**

I, James E. Till, declare as follows:

1. I am an attorney at the law firm of Till Law Group (the "Firm"), which maintains an office at 120 Newport Center Drive, Newport Beach, California 92660; telephone number (949) 524-4999.

2. I am over the age of eighteen years old. The facts herein are true and correct to the best of my knowledge and belief.

3. I submit this declaration with respect to the tabulation of the ballots ("Ballots") received with respect to votes for or against the Debtor and Debtor-in-Possession CCC Consulting Corporation's *Second Amended Plan of Reorganization for Small Business Under Chapter 11, Dated December 15, 2023* (the "Plan").

4. Classes 1, 2, 3, 4, 5, and 6 are the impaired classes ("Impaired Classes") entitled to vote on the Plan. All completed Ballots for acceptance or rejection of the Plan were required to be mailed or emailed to me at the Firm's office so as to be received no later than January 16, 2024 (the "Voting Deadline").

5. I was primarily responsible for reviewing and tabulating the written acceptances and rejections of the Plan in connection with the above-captioned case.

6. I have reviewed the Ballots received as of the filing of this Declaration from holders of the Impaired Classes (the "Counted Ballots"), for which true and correct copies of all Counted Ballot(s) are attached hereto as **Exhibit 1**. In sum, Debtor received a total of one Counted Ballot(s), with one ballot accepting the Plan and zero ballots rejecting the Plan. My specific findings with regard to the acceptance or rejection of the Plan are tabulated and summarized as follows:

///
///
///
///
///

| IMPAIRED CLASS AND DESCRIPTION | ACCEPT | | REJECT | |
|---|---|---|---|---|
| | VOTES COUNTED | AMOUNT | VOTES COUNTED | AMOUNT |
| Class 6: General Unsecured Claims | 1<br>100% | $134.061.30<br>100% | 0<br>0% | $0.00<br>0% |

7. Additional detail regarding the Counted Ballot(s) is as follows:

    a. Class 6, Kalamata Capital, LLC, accepts the Plan. Kalamata Capital, LLC filed Claim No. 10 as a secured claim totaling $106,885.06.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Executed this 30th day of January 2024, at Dana Point, California.

                                           */s/ James E. Till*
                                           James E. Till

# EXHIBIT 1

# Ballot

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>CCC CONSULTING CORPORATION,<br><br>Debtor and<br>Debtor-in-Possession. | Case No. 2:22-bk-16853-WB<br><br>Chapter 11<br><br>Subchapter V<br><br>**BALLOT – CLASS 6**<br><br>**FOR ACCEPTING OR REJECTING DEBTOR'S SECOND AMENDED PLAN OF REORGANIZATION FOR SMALL BUSINESS UNDER CHAPTER 11, DATED DECEMBER 15, 2023** |

*Debtor's Second Amended Plan of Reorganization for Small Business Under Chapter 11*, dated December 15, 2023, as amended or supplemented and including all exhibits and supplements thereto (the "Plan"), can be confirmed by the Court and thereby made binding on you whether or not you vote on the Plan. **By this ballot, you will vote to accept or reject the Plan**. The Plan has been sent to you with this ballot. You should review the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If the Plan is confirmed by the Court, it will be binding on you whether or not you vote. Only timely completed and returned ballots will be counted. To have your vote count, you must complete and return this ballot as directed below.

The undersigned, a holder of a **Class 6 Claim (General Unsecured Claims)** against the above-named Debtor in the unpaid principal amount of $ 134,061.3

    ☒    Accepts the Plan.

    ☐    Rejects the Plan.

Dated: 12/26/2023

_____
(Signature of Person executing Ballot)

Counsel Ariel Bouskila
(Print or type name and title (if any) of person signing)

Kalamata Capital, LLC
(Print or type name of Claimant)

1545 US 202
(Print or type address)

Pomona, New York 10970
(City, State and Zip)

TO BE COUNTED, THIS BALLOT MUST BE RECEIVED BY JAMES E. TILL, ESQ., TILL LAW GROUP, 120 NEWPORT CENTER DRIVE, NEWPORT BEACH, CA 92660 IN SUCH A MANNER THAT IT IS RECEIVED BY NO LATER THAN **JANUARY 16, 2024**. THE BALLOT MAY ALSO BE ACCEPTED BY EMAIL AT james.till@till-lawgroup.com.

<u>A Ballot Does Not Constitute a Valid Proof of Claim in This Bankruptcy Case</u>

1                                  BALLOT – CLASS 6