# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
120 Newport Center Drive, Newport Beach, CA 92660

A true and correct copy of the foregoing documents entitled (*specify*): **1) Notice Of Motion And Motion For Order Confirming Debtors Second Amended Plan Of Reorganization For Small Business Under Chapter 11, Dated December 15, 2023; Memorandum Of Points And Authorities In Support Thereof; 2) Declaration Of Edmund Cutting In Support Of Confirmation Of Debtors Second Amended Plan Of Reorganization For Small Business Under Chapter 11, Dated December 15, 2023; 3) Analysis Of Ballots For Accepting Or Rejecting Second Amended Plan Of Reorganization For Small Business Under Chapter 11, Dated December 15, 2023; Declaration Of James E. Till; and 4) Declaration of Martha Araki Regarding Service of Plan Solicitation Materials;** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) January 30, 2024, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Attorneys for Debtor CCC Consulting Corporation: **James E Till**: james.till@till-lawgroup.com; sfritz@till-lawgroup.com; martha.araki@till-lawgroup.com; myrtle.john@till-lawgroup.com
- Subchapter V Trustee: **Mark M Sharf (TR)**: mark@sharflaw.com; C188@ecfcbis.com; sharf1000@gmail.com
- Attorneys for Creditor JMS Development Partners, LLC: **Michael S Greger, William W Huckins**: mgreger@allenmatkins.com; whuckins@allenmatkins.com; clynch@allenmatkins.com; igold@allenmatkins.com; kpreseton@allenmatkins.com
- Attorneys for Creditor Profssional Building Care, Inc.: **Chris D. Kuhner**: c.kuhner@kornfieldlaw.com
- Attorney for Matthew D. Pham: **Matthew D. Pham**: mpham@allenmatkins.com, mdiaz@allenmatkins.com
- United States Trustee (SA): ustpregion16.la.ecf@usdoj.gov; **Hatty Yip**: hattie.k.yip@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Pursuant to the procedures of the Honorable Julia W. Brand, Judge Brand waives application of LBR 5005-2(d) to serve Judge's copies for all documents unless otherwise directed by the Court.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| January 30, 2024 | Martha Araki | /s/ Martha Araki |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**