TILL LAW GROUP
James E. Till (State Bar No. 200464)
120 Newport Center Drive
Newport Beach, CA 92660
Telephone: (949) 524-4999
Email: james.till@till-lawgroup.com

Attorneys for CCC Consulting Corporation,
Debtor and Debtor-in-Possession

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Case No. 2:22-bk-16853-WB |
| CCC CONSULTING CORPORATION, | Chapter 11 |
| Debtor and Debtor-in-Possession. | Subchapter V |
| | **DEBTOR'S STATUS REPORT REGARDING PLAN CONFIRMATION** |
| | Hearing: |
| | Date:    February 15, 2024 |
| | Time:    10:00 a.m. |
| | Place:   Courtroom 1375 |
| |          United States Bankruptcy Court |
| |          255 E. Temple St. |
| |          Los Angeles, CA 90012 |

**TO THE HONORABLE JULIA W. BRAND, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE AND OTHER PARTIES IN INTEREST:**

CCC Consulting Corporation, debtor and debtor-in-possession in the above-captioned chapter 11, subchapter V case (the "Debtor"), hereby submits this abbreviated status report and related impact upon the Plan Confirmation Hearing presently scheduled to be held at the same time as the status conference:

1

A. Since the solicitation of the Plan, leading up to and following the filing of the Debtor's "Motion for Order Confirming Debtor's Second Amended Plan of Reorganization for Small Business Under Chapter 11, Dated December 15, 2023" [Dkt. No. 115] (the "Confirmation Motion"), the Debtor and Mark Sharf, the Subchapter V Trustee (the "Subchapter V Trustee"), have discussed numerous plan confirmation-related issues, including consensual resolution of those issues.

B. As a result of those discussions, in addition to committing to provide certain requested financial information to the Subchapter V Trustee, the Debtor intends to make modifications to its Plan with the intent of confirming a consensual plan rather than a non-consensual plan.

C. The Debtor (and presumably the Subchapter V Trustee) intend to request that the Court proceed with the upcoming status conference for the purpose of setting new plan confirmation-related dates and deadlines for an anticipated consensual plan.

Dated: February 1, 2024                                   TILL LAW GROUP

                                                          By:  /s/ James E. Till
                                                               James E. Till

                                                          Attorneys for Debtor and Debtor-in-Possession
                                                          CCC Consulting Corporation

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
120 Newport Center Drive, Newport Beach, CA 92660

A true and correct copy of the foregoing document entitled (*specify*): **DEBTOR'S STATUS REPORT REGARDING PLAN CONFIRMATION** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) February 1, 2024, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Attorneys for Debtor CCC Consulting Corporation: **James E Till**: james.till@till-lawgroup.com; sfritz@till-lawgroup.com; martha.araki@till-lawgroup.com; myrtle.john@till-lawgroup.com
- Subchapter V Trustee: **Mark M Sharf (TR)**: mark@sharflaw.com; C188@ecfcbis.com; sharf1000@gmail.com
- Attorneys for Creditor JMS Development Partners, LLC: **Michael S Greger, William W Huckins**: mgreger@allenmatkins.com; whuckins@allenmatkins.com; clynch@allenmatkins.com; igold@allenmatkins.com; kpreseton@allenmatkins.com
- Attorneys for Creditor Profssional Building Care, Inc.: **Chris D. Kuhner**: c.kuhner@kornfieldlaw.com
- Attorney for Matthew D. Pham: **Matthew D. Pham**: mpham@allenmatkins.com, mdiaz@allenmatkins.com
- United States Trustee (SA): ustpregion16.la.ecf@usdoj.gov; **Hatty Yip**: hattie.k.yip@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) February 1, 2024, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

See attached US Mail service list

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Pursuant to the Judicial Variance Statement for Judge Julia W. Brand, the requirement for service of judge's copies is waived for all documents, unless directed by the Court.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| February 1, 2024 | Martha Araki | /s/ Martha Araki |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                              F 9013-3.1.PROOF.SERVICE

**2. Parties to be served via US Mail:**

**CCC CONSULTING CORPORATION**

**MAILING LABELS (20 Largest, Secured, 2002)**

20 Largest Unsecured Creditor
Coors Distributing
Attn Blair Lynzie
5400 Pecos
Denver, CO 80221

20 Largest Unsecured Creditor
Devils Canyon Brewing Company
Attn Chris
935 Washington St
San Carlos, CA 94070

20 Largest Unsecured Creditor
Golden Brands
245 S Spruce Ave #900
South San Francisco, CA 94080

20 Largest Unsecured Creditor
Matagrano Inc
Attn R Fernandez
P O Box 2588
South San Francisco, CA 94083

20 Largest Unsecured Creditor
Southern Glazers
Attn Thomas Koehorst
PO Box 742313
Los Angeles, CA 90074

Secured Creditor
Celtic Bank
268 State St #300
Salt Lake City, UT 84111

20 Largest Unsecured Creditor
American Express
Rausch Sturm LLP
250 N Sunnyslope Rd Ste 300
Brookfield, WI 53005

20 Largest Unsecured Creditor
Denver Beverage
Attn Nick Christensen
353 West 56th Ave
Denver, CO 80216

20 Largest Unsecured Creditor
Direct TV
P O Box 5006
Carol Stream, IL 60197

20 Largest Unsecured Creditor
Image Systems Signs Inc
Attn: Sergio Meiron
870 Crenshaw Blvd Unit 101
Los Angeles, CA 90005

20 Largest Unsecured Creditor
Republic Service
P O Box 78839
Phoenix, AZ 85062

20 Largest Unsecured Creditor
Southern Glaziers of CO
Attn Dan Haveck
22800 E 19th Ave
Aurora, CO 80019

Secured Creditor
Pinnacle Business Funding LLC
1202 Ave U Ste 1115
Brooklyn, NY 11229

20 Largest Unsecured Creditor
Aramark
PO Box 101179
San Mateo, CA 94403

20 Largest Unsecured Creditor
Denver Water
P O Box 173343
Denver, CO 80217

20 Largest Unsecured Creditor
Essential Plastics
Attn Milena Nichols
4901 Nome St
Denver, CO 80239

20 Largest Unsecured Creditor
JMS Development Partners
Attn Angi DiPaola
P O Box 1334
San Carlos, CA 94070

20 Largest Unsecured Creditor
Southern California Gas
Remittance Processing
1801 S Atlantic Blvd ML 711D
Monterey Park, CA 91754

20 Largest Unsecured Creditor
US Foods
P O Box 394766
San Francisco, CA 94139

Secured Creditor
Small Business Administration
Office of the General Counsel
312 N Spring St 5th FL
Los Angeles, CA 90012

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                              F 9013-3.1.PROOF.SERVICE