James E. Till (State Bar No. 200464)
John P. Schafer (State Bar No. 205638)
TILL LAW GROUP
120 Newport Center Drive
Newport Beach, CA 92660
Telephone:    949-524-4999
Email: james.till@till-lawgroup.com
Email: jps@till-lawgroup.com

Attorneys for CCC Consulting Corporation
Debtor and Debtor-in-Possession

**FILED & ENTERED**

**APR 04 2024**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY penning   DEPUTY CLERK**

**CHANGES MADE BY COURT**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>CCC CONSULTING CORPORATION<br><br>　　　　Debtor and Debtor-in-Possession. | Case No. 2:22-bk-16853-WB<br><br>Chapter 11<br><br>Subchapter V<br><br>**SCHEDULING ORDER**<br><br>Hearing :<br>Date:　　March 14, 2024<br>Time:　　2:30 p.m..<br>Courtroom: 1375<br>　　　　　　255 E. Temple St.<br>　　　　　　Los Angeles, CA 90012 |

　　　The hearings on Debtors' Motion to Value the Secured Claims of (1) ODK Capital (formerly Celtic Bank); (2) Pinnacle Business Funding LLC; and (3) Kalamata Capital LLC [Dkt 128]; Scheduling and Case Management Conference, and Motion for Order Confirming Chapter 11 Plan [Dkt 120] in the above-captioned case were held before this Court, the Honorable Julia W. Brand, presiding, on March 14, 2024.

///

**IT IS HEREBY ORDERED AS FOLLOWS:**

1. The deadline to file and serve Debtor's Third Amended Plan of Reorganization, including ballots for voting to accept or reject the Plan (the "Third Amended Plan") shall be on or before March 28, 2024.

2. The deadline for creditors to submit ballots voting to accept or reject the Third Amended Plan shall be May 1, 2024.

3. Objection(s), if any, to the Third Amended Plan shall be filed and served no later than May 1, 2024.

4. The Debtor shall file and serve its ballot tabulation and summary no later than May 9, 2024.

5. The Debtor shall file and serve its *supplemental* brief in support of confirmation to the Third Amended Plan no later than May 9, 2024.

6. The hearing on confirmation of the Third Amended Plan shall be held on May 16, 2024 at 11:00 a.m.

7. **The status conference is continued to May 16, 2024 at 11:00 a.m.**

###

Date: April 4, 2024

Julia W. Brand
United States Bankruptcy Judge

[Type here]　　　[Type here]　　　SCHEDULING ORDER