James E. Till (Bar No. 200464)
TILL LAW GROUP
120 Newport Center Drive
Newport Beach, CA 92660
Telephone: 949-524-4999
Facsimile: 213-955-9511
Email: james.till@till-lawgroup.com

Attorneys for CCC Consulting Corporation,
Debtor and Debtor-in-Possession

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>CCC CONSULTING CORPORATION,<br><br>        Debtor and Debtor-in-Possession. | Case No. 2:22-bk-16853-WB<br><br>Chapter 11<br><br>Subchapter V<br><br>**MOTION FOR LEAVE TO FILE A LIQUIDATING SUBCHAPTER V PLAN IN LIEU OF FILING BALLOT SUMMARY AND BRIEF IN SUPPORT OF CONFIRMATION OF THE THIRD AMENDED PLAN OF REORGANIZATION**<br><br>[No Hearing Required Unless Requested] |

**TO THE HONORABLE JULIA W. BRAND, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, THE SUBCHAPTER V TRUSTEE, AND ALL PARTIES ENTITLED TO NOTICE:**

    CCC Consulting Corporation, debtor and debtor in possession in this subchapter V case (the "Debtor") hereby requests an order from this Court authorizing the Debtor to file a liquidating subchapter V plan in lieu of filing a ballot summary and brief in support of confirmation of its Third Amended Plan of Reorganization (as defined below).

1

1       On March 28, 2024, the Debtor filed and served its Third Amended Plan of Reorganization for Small Business Under Chapter 11 dated March 28, 2024, including ballots for voting to accept or reject the Plan (the "Third Amended Plan) [Docket No. 143].

      Pursuant to the Scheduling Order filed and served April 4, 2024 [Docket No. 148], in addition to other deadlines, the deadline for the Debtor to file and serve its (a) ballot tabulation and summary; and (b) file and serve its supplemental brief in support of confirmation of the Third Amended Plan was May 9, 2024.

      After a recent thorough analysis of its business and operations, the Debtor has reluctantly come to the realization that the sales for this business have continued to decline to the extent that the business is no longer sustainable, and the Debtor can no longer support its ongoing obligations.

      After recent consultation with the duly appointed subchapter V trustee regarding these circumstances, the Debtor respectfully requests the Court issue an order granting the Debtor a brief leave of approximately fifteen (15) days in which to file a liquidating subchapter V plan in lieu of meeting the deadlines otherwise set forth in the Scheduling Order.  The Debtor believes a liquidating subchapter V plan will be the most judicially economic means of liquidating the estate.

Dated:  May 9, 2024                                TILL LAW GROUP

                                                              By:   /s/ James E. Till
                                                                         James E. Till

                                                          Attorneys for Debtor and Debtor-in-Possession
                                                          CCC Consulting Corporation

TILL LAW GROUP
James E. Till (State Bar No. 200464)
120 Newport Center Drive
Newport Beach, CA 92660
Telephone: (949) 524-4999
Email: james.till@till-lawgroup.com

Attorneys for CCC Consulting Corporation,
Debtor and Debtor-in-Possession

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| | |
|---|---|
| In re: | Case No. 2:22-bk-16853-WB |
| CCC CONSULTING CORPORATION, | Chapter 11 |
| Debtor and Debtor-in-Possession. | Subchapter V |
| | **DECLARATION OF EDMUND CUTTING IN SUPPORT OF MOTION FOR LEAVE TO FILE A LIQUIDATING SUBCHAPTER V PLAN IN LIEU OF FILING BALLOT SUMMARY AND BRIEF IN SUPPORT OF CONFIRMATION OF THE THIRD AMENDED PLAN OF REORGANIZATION** |
| | [No Hearing Required Unless Requested] |

I, Edmund Cutting, declare as follows:

1. I am the Chief Executive Officer of CCC Consulting Corporation, a California corporation (the "Debtor" or "CCC Consulting"). On December 16, 2022, the Debtor commenced this bankruptcy case.

Main Document    Page 4 of 5

2. Except as otherwise indicated herein, all facts set forth in this Declaration are based on my personal knowledge of my affairs, financial condition, relevant documents, and my review of my books and records, including those documents that I have filed with the Court in this bankruptcy case. If called as a witness, I could and would testify competently to the truth of the matters set forth herein, except those matters expressly set forth on information and belief, as to which I am informed and believe them to be true.

3. I submit this declaration in support of CCC Consulting's *Motion for Leave to File a Liquidating Subchapter V Plan in Lieu of Filing Ballot Summary and Brief in Support of Confirmation of the Third Amended Plan of Reorganization*.

4. After a recent thorough analysis of the Debtor's business and operations, I have reluctantly come to the realization that the sales for this business have continued to decline to the extent that the business is no longer sustainable, and the Debtor can no longer support its ongoing obligations.

4. I believe a liquidating subchapter V plan will be the most judicially economic means of liquidating the estate.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 9th day of May 2024, at West Covina, California.

Edmund Cutting

MOTION FOR LEAVE TO FILE
LIQUIDATING SUBCHAPTER V PLAN

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
120 Newport Center Drive, Newport Beach, CA 92660

A true and correct copy of the foregoing documents entitled (*specify*): **Motion For Leave To File A Liquidating Subchapter V Plan In Lieu Of Filing Ballot Summary And Brief In Support Of Confirmation Of The Third Amended Plan Of Reorganization; Declaration of Edmund Cutting in Support,** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) May 9, 2024, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Attorneys for Debtor CCC Consulting Corporation: **James E Till**: james.till@till-lawgroup.com; sfritz@till-lawgroup.com; martha.araki@till-lawgroup.com; myrtle.john@till-lawgroup.com
- Subchapter V Trustee: **Mark M Sharf (TR)**: mark@sharflaw.com; C188@ecfcbis.com; sharf1000@gmail.com
- Attorneys for Creditor JMS Development Partners, LLC: **Michael S Greger, William W Huckins**: mgreger@allenmatkins.com; whuckins@allenmatkins.com; clynch@allenmatkins.com; igold@allenmatkins.com; kpreseton@allenmatkins.com
- Attorneys for Creditor Profssional Building Care, Inc.: **Chris D. Kuhner**: c.kuhner@kornfieldlaw.com
- Attorney for Matthew D. Pham: **Matthew D. Pham**: mpham@allenmatkins.com, mdiaz@allenmatkins.com
- United States Trustee (SA): ustpregion16.la.ecf@usdoj.gov; **Hatty Yip**: hattie.k.yip@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Pursuant to the procedures of the Honorable Julia W. Brand, Judge Brand waives application of LBR 5005-2(d) to serve Judge's copies for all documents unless otherwise directed by the Court.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| May 9, 2024   Martha Araki | */s/ Martha Araki* |
|---|---|
| *Date           Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*  **F 9013-3.1.PROOF.SERVICE**