James E. Till (State Bar No. 200464)
TILL LAW GROUP
120 Newport Center Drive
Newport Beach, CA 92660
Telephone: (949) 524-4999
Email: james.till@till-lawgroup.com

Attorneys for CCC Consulting Corporation,
Debtor and Debtor-in-Possession

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>CONGREGATION BNAI CHAIM OF MURRIETA HOT SPRINGS,<br><br>　　　　Debtor and Debtor-in-Possession. | Case No. 2:22-bk-16853-WB<br><br>Chapter 11 – Subchapter V<br><br>**NOTICE OF HEARING REGARDING DEBTOR'S MOTION FOR ORDER:**<br><br>**(1) AUTHORIZING SALE OF (i) DEBTOR'S LIQUOR LICENSE, AND (ii) DEBTOR'S PERSONAL PROPERTY, FREE AND CLEAR OF ALL LIENS, INTERESTS, CLAIMS, AND ENCUMBRANCES WITH SUCH LIENS, INTERESTS, CLAIMS, AND ENCUMBRANCES TO ATTACH TO PROCEEDS PURSUANT TO 11 U.S.C. §§ 363(b) AND (f);**<br><br>**(2) APPROVING OVERBID PROCEDURES;**<br><br>**(3) DETERMINING BUYER OR SUCCESSFUL BIDDER IS ENTITLED TO PROTECTION PURSUANT TO 11 U.S.C. § 363(m)**<br><br>**HEARING:**<br>Date:　　　August 15, 2024<br>Time:　　　10:00 a.m.<br>Courtroom: 1375<br>　　　　　　United States Bankruptcy Court<br>　　　　　　255 E. Temple Street<br>　　　　　　Los Angeles, CA 90012 |

**TO THE OFFICE OF THE UNITED STATES TRUSTEE, THE SUBCHAPTER V TRUSTEE, AND ALL INTERESTED PARTIES:**

**PLEASE TAKE NOTICE** that a hearing will be held on August 15, 2024, at 10:00 a.m. in Courtroom 1375, of the United States Bankruptcy Court, located at 255 East Temple Street, Los Angeles, CA 90012 to consider the motion ("Motion") filed by CCC Consulting Corporation, debtor and debtor-in-possession (the "Debtor") in the above-captioned chapter 11 case (the "Bankruptcy Case"), for an order authorizing the sale (the "Sale") of (i) Debtor's liquor license with the California Department of Alcoholic Beverage Control, License Number 47-617630, for the address at 677 Laurel Street, Suite B and C, San Carlos, California 94070, operating under the business name of "Patxi's Pizza" (the "Liquor License"); and (ii) all of Debtor's personal property, including all movable equipment, furniture, trade fixtures, supplies, machines and other personal property, owned by Debtor and remaining at the premises formerly occupied by Debtor at 677 Laurel Street, Suite B and C, San Carlos, California 94070 (the "Personal Property" and collectively with the Liquor License, the "Property") to 671 Laurel San Carlos Associates, LLC, or its designee (the "Buyer"). A copy of the Motion is served concurrently with this Notice.

**PLEASE TAKE FURTHER NOTICE** that Debtor seeks Court approval to sell the Property to Buyer pursuant to the terms and conditions set forth collectively in the *Term Sheet for the Purchase of Certain Property of CCC Consulting Corporation* dated June 6, 2024, between the Debtor and the Buyer (the "Purchase Agreement"), attached as Exhibit 1 to the Motion, whereby the Buyer would purchase from the Debtor the Property for $80,000, subject to this Court's approval. The Property is being sold AS-IS, WHERE-IS, payable in cash upon close of escrow and within five (5) business days after entry of the Approval Order, which is not stayed or subject to appeal, and transfer and issuance of the Liquor License to Buyer, or its designee. The Property will be sold pursuant to 11 U.S.C. § 363(b)(1) and (f), free and clear of all liens, interests, claims, and encumbrances, with such liens, interests, claims, and encumbrances to attach to the Sale proceeds, with the same priority and rights of enforcement as previously existed.

**PLEASE TAKE FURTHER NOTICE** that Debtor seeks Court approval to sell the Property to Buyer subject to overbid, and requests that the Court determine that Buyer is entitled to a good faith determination pursuant to 11 U.S.C. § 363(m).

**PLEASE TAKE FURTHER NOTICE** that in addition to the foregoing, Debtor seeks Court approval of the bidding procedures as set forth in the Motion. Debtor further seeks Court approval for an escrow ("Escrow") to be opened for the transfer and issuance of the Liquor License to Buyer or its designee, with Buyer paying all application fees, costs, expenses and escrow charges related to the transfer of the Liquor License, following entry of the Approval Order. The proposed Sale to Buyer is subject to overbid. If the Court does not approve Buyer as purchaser of the Property, no Escrow shall be opened.

**PLEASE TAKE FURTHER NOTICE** that any party wishing to participate in the overbid process must notify Debtor in writing directed to James E. Till via email addressed to james.till@till-lawgroup.com, of his/her/its intention to do so no later than **5:00 p.m. (PT) on August 9, 2024**, and must provide evidence of his/her/its financial ability to close.

**PLEASE TAKE FURTHER NOTICE** that to be a qualified overbidder ("Qualified Overbidder"), each party participating in the overbid process (except for Buyer), must remit to Debtor a deposit in the amount of **$90,000** ("Overbid Deposit") in the form of a cashier's check (no other form of payment shall be accepted) made payable to "CCC Consulting Corporation" to be received by Debtor's counsel at Till Law Group, 120 Newport Center Drive, Newport Beach, Ca 92660 at least 24 hours prior to the hearing on the Motion, i.e., **by no later than 10:00 a.m. on August 14, 2024**. Once the Overbid Deposit has been deposited in the mail, the Qualified Overbidder must provide tracking information for the Overbid Deposit to Debtor via email addressed to james.till@till-lawgroup.com. The Overbid Deposit shall not be refundable if such party is the successful bidder and is thereafter unable to complete the purchase of the Property per the terms of the proposed Sale.

**PLEASE TAKE FURTHER NOTICE** that the initial overbid for the Property shall be **$90,000**, with subsequent overbids being made in minimum increments of **$2,500.00**.

**PLEASE TAKE FURTHER NOTICE** that Debtor expresses no opinion as to whether there are tax consequences to the Sale.

**PLEASE TAKE FURTHER NOTICE**, that the Sale Agreement is the result of an arms-length negotiation between the Debtor and the Buyer, wherein an agreement was reached that allowed the Debtor to monetize the estate's interest in the Property.

**PLEASE TAKE FURTHER NOTICE** that Rule 9013-1(f) of the Local Bankruptcy Rules ("Local Rules") requires that any opposition or response to the Motion shall comply with Local Rule 9013-1(f)(2) and be filed with the Clerk of the Bankruptcy Court and served upon: (i) counsel for the Debtor at the address set forth in the upper left corner of the first page of this pleading; (ii) Office of the United States Trustee, 915 Wilshire Blvd., Suite 1850, Los Angeles, CA 90017; and (iii) the Subchapter V Trustee, Mark Sharf, Esq., 6080 Center Dr., Suite 600, Los Angeles, CA 90045-1540, so that it is received not later than fourteen (14) days prior to the hearing.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Local Rule 9013-1(h), failure to timely file and serve a response or objection may be deemed to constitute consent to the relief requested by the Debtor in the Motion.

DATED: July 25, 2024                         TILL LAW GROUP

By:    /s/ *James E. Till*
           James E. Till
Counsel for Debtor and Debtor in Possession

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
120 Newport Center Drive, Newport Beach, CA 92660

A true and correct copy of the foregoing document entitled (*specify*): **Notice of Hearing on Debtors Motion for Order: (1) Authorizing Sale of (i) Debtor's Liquor License, And (ii) Debtors Personal Property, Free and Clear of All Liens, Interests, Claims, and Encumbrances with Such Liens, Interests, Claims, and Encumbrances to Attach to Proceeds Pursuant to 11 U.S.C. Sections 363(b) and (f); (2) Approving Overbid Procedures; (3) Determining Buyer or Successful Bidder Is Entitled to Protection Pursuant to 11 U.S.C. Section 363(m)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) July 25, 2024, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Attorneys for Debtor CCC Consulting Corporation:  **James E Till**:  james.till@till-lawgroup.com; sfritz@till-lawgroup.com; martha.araki@till-lawgroup.com; myrtle.john@till-lawgroup.com
- Subchapter V Trustee:  **Mark M Sharf (TR)**:  mark@sharflaw.com; C188@ecfcbis.com; sharf1000@gmail.com
- Attorneys for Creditor JMS Development Partners, LLC:  **Michael S Greger, William W Huckins**: mgreger@allenmatkins.com; whuckins@allenmatkins.com; clynch@allenmatkins.com; igold@allenmatkins.com; kpreseton@allenmatkins.com
- Attorneys for Creditor Profssional Building Care, Inc.:  **Chris D. Kuhner**:  c.kuhner@kornfieldlaw.com
- Attorney for Matthew D. Pham:  **Matthew D. Pham**:  mpham@allenmatkins.com,  mdiaz@allenmatkins.com
- United States Trustee (SA):  ustpregion16.la.ecf@usdoj.gov; **Hatty Yip**:  hattie.k.yip@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) July 25, 2024, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

See attached U.S. Mail service list

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Pursuant to the procedures of the Honorable Julia W. Brand, Judge Brand waives application of LBR 5005-2(d) to serve Judge's copies for all documents unless otherwise directed by the Court.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| July 25, 2024 | Martha Araki | */s/ Martha Araki* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                    **F 9013-3.1.PROOF.SERVICE**

```
Label Matrix for local noticing          CCC Consulting Corporation              California Department of Tax and Fee Adminis
0973-2                                    604 Wrede Way                           Special Procedures Section MIC 82
Case 2:22-bk-16853-WB                     West Covina, CA 91791-2351              450 N Street
Central District of California                                                    P. O. Box 942879
Los Angeles                                                                       Sacramento, CA 95814-4311
Thu Jul 25 13:38:47 PDT 2024

JMS Development Partners, LLC             LIMNEXUS LLP                            Professional Building Care, Inc.
c/o William W. Huckins                    707 Wilshire Blvd. 46th Fl.             c/o Chris D. Kuhner, Esq.
Allen Matkins LLP        NEF PARTY        Los Angeles, CA 90017-3501              Kornfield Nyberg Bendes Kuhner & Little
Three Embarcadero Center                                                          1970 Broadway, Suite 600
12th Floor                                                                        Oakland, CA 94612-2218    NEF PARTY
San Francisco, CA 94111-4037

Los Angeles Division                      671 Laurel San Carlos Associates, LLC   AFLAC
255 East Temple Street,                   677 Laurel Street Associates, LLC       Attn: Rosario Ronquillo
Los Angeles, CA 90012-3332                c/o JMS Development Partners            4500 Park Granada Blvd #202
                                          1140 Laurel Street, Ste. B              Calabasas, CA 91302-1666
                                          San Carlos, CA 94070-5054

AMEX - Business Platinum                  Ace Foods LLP                           Alvaro Alvarez
Rausch Sturm LLP                          Attn Marie C Mirch Esq                  519 Anacapa St Apt B
250 N Sunnyslope Rd Ste 300               1180 Rosecrans St Ste 104-557           Santa Barbara, CA 93101
Brookfield, WI 53005-4824                 San Diego, CA 92106-2660

American Express - Business Gold Reward   American Express - Business Platinum    American Express - Plum
Rausch Sturm LLP                          Rausch & Sturm LLP                      Rausch Sturm LLP
250 N Sunnyslope Rd Ste 300               250 N Sunnyslope Rd Ste 300             250 N Sunnyslope Rd Ste 300
Brookfield, WI 53005-4824                 Brookfield, WI 53005-4824               Brookfield, WI 53005-4824

Andres S Baisch                           Andrew McCauley                         Andrew Osorio
955 Cherry St                             815 E Fremont Ave                       1 Plaza View Ln
San Carlos, CA 94070-3204                 Sunnyvale, CA 94087-2915                San Mateo, CA 94404-5114

Andy Top                                  Aramark                                 Aramark
721 Whipple Ave                           PO Box 101179                           PO Box Box 731676
Redwood City, CA 94063-1228               San Mateo, CA 94403                     Dallas, TX 75373-1676

Aubriana A Campbell                       Berkovitch & Bouskila, PLLC             (p)BEVERAGE DISTRIBUTORS COMPANY LLC
3135 Campus Dr #106                       1545 U.S. 202, Suite 101                ATTN MIKE STEIN
San Mateo, CA 94403-3130                  Pomona, NY 10970-2951                   3980 CENTRAL PARK BLVD
                                                                                  DENVER CO 80238-3803

Brenda Rodriguez                          CCC Capital Inc                         CCC Entertainment Corp
5218 Keo Dr                               8028 Harrison St                        802 Harrison St
Santa Barbara, CA 93111-2104              Paramount, CA 90723-5452                Paramount, CA 90723

CCC Livinroom Corporation                 CCC Patxis Corporation                  CCC Patxis Pizza 2 Corp
8028 Harrison St                          10824 Archway Dr                        8028 Harrison St
Paramount, CA 90723-5452                  Long Beach, CA 90804                    Paramount, CA 90723-5452
```

| | | |
|---|---|---|
| California Dept Tax and Fee Admin<br>Attn Maria Hales<br>3321 Power Inn Rd Ste 210<br>Sacramento, CA 95826-3893 | California Dept. of Tax and Fee Administrati<br>Collection Support Bureau, MIC: 55<br>PO Box 942879<br>Sacramento, CA 94279-0055 | California Dept. of Tax and Fee Administrati<br>Collections Support Bureau, MIC: 55<br>PO Box 942879<br>Sacramento, CA 94279-0001 **DUPLICATE** |
| Carlos Gasga<br>671 Laurel St Apt 103B<br>San Carlos, CA 94070-3111 | Celeste Di Maria<br>620 W Gutierrez St<br>Santa Barbara, CA 93101-4569 | Celtic Bank<br>268 State St #300<br>Salt Lake City, UT 84111-5314 |
| Christopher Vella<br>RP Commercial<br>5318 E 2nd St #303<br>Long Beach, CA 90803-5324 | (p)CITY AND COUNTY OF DENVER<br>ATTN ATTENTION BANKRUPTCY<br>201 W COLFAX AVE<br>DEPT 1009 MC 1001<br>DENVER CO 80202-5329 | City and County of Denver<br>PO Box Box 660861<br>Dallas, TX 75266-0861<br>**RETURNED MAIL** |
| Claro Pirir<br>145 Roosevelt Ave #36<br>Redwood City, CA 94061-2359 | Colorado Department of Revenue<br>Attn: Bankruptcy Unit Rm 104<br>1881 Pierce St<br>Lakewood, CO 80214-1407 | Colorado Department of Revenue<br>P O Box 17087<br>Denver, CO 80217-0087 |
| Coors Distributing<br>Attn: Blair Lynzie<br>5400 Pecos<br>Denver, CO 80221-6404 | Cristian Carballo Valladares<br>712 Madison Ave Apt A<br>Redwood City, CA 94061-1645 | Cutting Catering<br>8028 HarrisonSt<br>Paramount, CA 90723-5452 |
| Cutting Concepts Corporation<br>Attn Steve Luan Esq<br>2451 Huntington Dr<br>San Marino, CA 91108-2644 | Daly Property Management<br>9743 Oakmore Rd<br>Los Angeles, CA 90035-4023 | Danta Sosa<br>712A Madison Ave<br>Redwood City, CA 94061-1645 |
| Denver Beverage<br>Attn: Nick Christensen<br>353 West 56th Ave<br>Denver, CO 80216-1621 | Denver Water<br>P O Box 173343<br>Denver, CO 80217-3343 | Devils Canyon Brewing Company<br>935 Washington St<br>San Carlos, CA 94070-5316 |
| Direct TV<br>P O Box 5006<br>Carol Stream, IL 60197-5006 | Donovin P Caldwell<br>129 Leanne Ln<br>Concord, CA 94518-2010 | Edgar Aguilar<br>1244 Cherry St Apt 3<br>San Carlos, CA 94070-3126 |
| Edmund Cutting<br>604 Wrede Way<br>West Covina, CA 91791-2351 | Edmunds<br>8028 Harrison Sts<br>Paramount, CA 90723-5452 | Elizabeth Bertin<br>1814 Robbins St<br>Santa Barbara, CA 93101-4628 |
| Employment Development Department<br>Bankruptcy Group MIC 92E, PO BOX 826880<br>Sacramento, CA 95814<br>**DUPLICATE** | Employment Development Dept<br>Bankruptcy Unit MIC 92E<br>PO Box Box 826880<br>Sacramento, CA 94280-0001 | Erick Top<br>721 Whipple Ave<br>Redwood City, CA 94063-1228 |

Essential Plastics
Attn: Milena Nichols
4901 Nome St
Denver, CO 80239-2715

Franchise Tax Board
Bankruptcy Section MS A-340
PO Box 2952
Sacramento, CA 95812-2952

Gerson Top
721 Whipple St
Redwood City, CA 94063-1228

Gil Hopenstand
312 N Spring Street, 5th Fl
Los Angeles, CA 90012-4701

Golden Brands
245 S Spruce Ave #900
South San Francisco, CA 94080-4587

IFS
5496 Lindbergh Lane
Bell , CA 90201-6409

Image Systems Signs Inc
Attn: Sergio Meiron
870 Crenshaw Blvd Unit 101
Los Angeles, CA 90005-5202

Internal Revenue Service
PO Box Box 7346
Philadelphia, PA 19101-7346

Isaac A Cifuentes
1024 Adams St Apt 1
Redwood City, CA 94061-2352

JMS Development Partners
Angi DiPaola
P O Box 1334
San Carlos, CA 94070-7334

JMS Development Partners
Box 1334
San Carlos, CA 94070-7334
**DUPLICATE**

Jacob Macias
1024 Palmetto Way Unit B
Carpinteria, CA 93013-2855

Jade Kung
22627 Myrtle Circle
Hayward, CA 94541-6335

Jesus Avina
5218 Mono Dr
Santa Barbara, CA 93111-2112

Jordan Scott
325 S Los Robles Ave #3
Pasadena, CA 91101-3218

Kalamata Capital LLC
1545 U.S. 202, Suite 101
Pomona, NY 10970-2951

Kalmata Capital Inc
Attn Ariel Bouskila Esq
80 Broad St Ste 3303
New York, NY 10004-2845

Kevin E Carballo Valladares
810 Coleman Ave
Menlo Park, CA 94025-2451

Law Office of Patrick C Carroll
Attn Patrick Carroll Esq
6440 Oak Canyon Ste 250
Irvine, CA 92618-5211

Levi Chagoya
130 S Soledad
Santa Barbara, CA 93103-3587

Mackenzie Clarke
163 Silver Ave
Redwood City, CA 94061

Mara Parau
416 E Valerio St
Santa Barbara, CA 93101-1119

Matagrano Inc
R. Fernandez
P O Box 2588
South San Francisco, CA 94083-2588

Mathias White
8529 Arcade Oaks Ct
Orangevale, CA 95662-6011

Matthew Lloyd
620 Cassia St
Redwood City, CA 94063-2018

Maurilio Munoz-Severiano
2102 Bath St
Santa Barbara, CA 93105-4357

Narciso Suarez
122 Hurlbut St
Pasadena, CA 91105-4033

Noah Sanders
779 Camino Pescadero
Goleta, CA 93117-4620

ODK Capital, LLC
1400 Broadway
New York, NY 10018-5300

Patsyann Sutton
964 E Badillo St
Covina, CA 91724-2950

Patxis Limited
Attn Michael Nakhleh
466 E Foothill Blvd #356
Altadena, CA 91001

Pinnacle Business Funding LLC
1202 Ave U Ste 1115
Brooklyn, NY 11229-4107

Produce Available Inc
910 Commercial Ave
Oxnard, CA 93030-7232

Professional Building Care Inc
131 Industrial Way Ste 15
Belmont, CA 94002-8209

Professional Building Care, Inc
1970 Broadway #600
Oakland, CA 94612-2218

RP Commercial
5318 E 2nd St #303
Long Beach, CA 90803-5324

Raquel Gonzalez
2351 Coral St
Los Angeles, CA 90031-2916

Redondo Investment Company
Attn Claudia Mourad Esq
29 Orchard Rd
Lake Forest, CA 92630-8300

Reid & Wise LLP
Attn Robert K Lu Esq
633 W Fifth St 26th FL
Los Angeles, CA 90071-2053

Republic Service
P O Box 78839
Phoenix, AZ 85062-8839

Ruben Flores
5362 Holister Ave Apt 11
Santa Barbara, CA 93111-2330

Ryan Patrick Sharkey
212 W Valerio St
Santa Barbara, CA 93101-2930

Seth Lindauer
Attn Marie Mirch Esq
1180 Rosecrans St Ste 104-557
San Diego, CA 92106-2660

Slaters 50 50
8028 Harrison St
Paramount, CA 90723-5452

Slaters 50/50 Bacon Burgers Beer
8028 Harrison St
Paramount, CA 90723-5452

(p)U S  SMALL BUSINESS ADMINISTRATION
312 N SPRING ST 5TH FLOOR
LOS ANGELES CA 90012-4701

SoCalGas
PO Box 30337
Los Angeles   CA 90030-0337

Southern California Gas
Remittance Processing
1801 S Atlantic Blvd ML 711D
Monterey Park, CA 91754-5207

Southern Glazers
Attn Thomas Koehorst
PO Box 742313
Los Angeles, CA 90074-2313

Southern Glaziers of CO
Attn: Dan Haveck
22800 E 19th Ave
Aurora, CO 80019-3717

State Board of Equalization
Account Information Group MIC 29
PO Box 942879
Sacramento, CA 94279-0029

Stonefire Pizza Co
8028 Harrison St
Paramount, CA 90723-5452

US Foods
P O Box 394766
San Francisco, CA 94139-4766

US Foods, Inc.
Brian Shaw
Cozen O'Connor
123 North Wacker Drive, Suite 1800
Chicago, IL 60606-1770

~~United States Trustee (LA)~~
~~915 Wilshire Blvd, Suite 1850~~
~~Los Angeles, CA 90017-3560~~
**NEF PARTY**

Vance A Brown
1519 San Pascual St Unit A
Santa Barbara, CA 93101-7803

Wesierski & Zurek LLP
Attn Claudia Mourad Esq
29 Orchard Rd
Lake Forest, CA 92630-8300

(p)XCEL ENERGY
ATTN ATTN BANKRUPTCY DEPARTMENT
PO BOX 9477
MINNEAPOLIS MN 55484-0001

~~James E Till~~
~~Till Law Group~~
~~120 Newport Center Dr~~
~~Newport Beach, CA 92660-6909~~
**NEF PARTY**

~~(p)MARK SHARF~~
~~6080 CENTER DRIVE SUITE 600~~
~~LOS ANGELES CA 90045-1540~~
**NEF PARTY**