| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| James E. Till (SBN 200464)<br>TILL LAW GROUP<br>120 Newport Center Drive<br>Newport Beach, CA 92660<br>Telephone: 949-524-4999<br>Email: james.till@till-lawgroup.com | |
| ☐ *Individual appearing without attorney*<br>☒ *Attorney for:* CCC Consulting Corporation | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br><br>CCC CONSULTING CORPORATION,<br><br><br><br>Debtor(s). | CASE NO.: 2:22-bk-16853-WB<br>CHAPTER: 11<br><br>**NOTICE OF SALE OF ESTATE PROPERTY** |
|---|---|

| **Sale Date:** 8/15/2024 | **Time:** 10:00 am |
|---|---|
| **Location:** Courtroom 1375, 255 E Temple St., Los Angeles, CA 90012 | |

**Type of Sale**:  ☒ Public   ☐ Private        **Last date to file objections**: 8/1/2024

**Description of property to be sold**:
Liquor License #47-617630 with the California Dept of Alcoholic Beverage Control for the address at 677 Laurel St, Suites B and C, San Carlos, CA 94070, operating under the business name "Patxi's Pizza"; and
All personal property, including all movable equipment, furniture, trade fixtures, supplies, machines and other personal property located at 677 Laurel St, Suites B and C, San Carlos, CA 94070 (the "Property").


**Terms and conditions of sale**:
Property to be sold AS-IS, WHERE-IS basis, without any representations or warranties regarding the condition of the Property.



**Proposed sale price**: 80000

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                              Page 1                                        **F 6004-2.NOTICE.SALE**

**Overbid procedure (*if any*):**
See attached Overbid Procedure.

**If property is to be sold free and clear of liens or other interests, list date, time and location of hearing:**
Hearing:  August 15, 2024 at 10:00 a.m.
Location:  Courtroom 1375, United States Bankruptcy Court, 255 East Temple Street, Los Angeles, CA 90012

**Contact person for potential bidders (*include name, address, telephone, fax and/or email address*):**
James E. Till
TILL LAW GROUP
120 Newport Center Drive
Newport Beach, CA 92660
Telephone:  949-524-4999
Email:  james.till@till-lawgroup.com

Date:  07/25/2024

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 2    **F 6004-2.NOTICE.SALE**

## **Overbid Procedures**

1. <u>Present at Hearing</u>:  Buyer and each Qualified Bidder, defined below, must be present at the hearing on the Motion or represented by an individual or individuals with the authority to participate in the overbid process.  Appearances may be made in person in the courtroom or by ZoomGov pursuant to the Court's requirements.

2. <u>Notice of Overbid</u>:  Any party wishing to participate in the overbid process must notify Debtor in writing directed to James E. Till via email addressed to james.till@till-lawgroup.com, of his/her/its intention to do so no later than **5:00 p.m. (PT) on August 9, 2024**, and must provide evidence of his/her/its financial ability to close.

3. <u>Earnest Money Deposit</u>:  To be a qualified overbidder ("<u>Qualified Overbidder</u>"), each party participating in the overbid process (except for Buyer), must remit to Debtor a deposit in the amount of **$90,000** ("<u>Overbid Deposit</u>") in the form of a cashier's check (no other form of payment shall be accepted) made payable to "CCC Consulting Corporation" to be received by Debtor's counsel at Till Law Group, 120 Newport Center Drive, Newport Beach, Ca 92660 at least 24 hours prior to the hearing on the Motion, i.e., **by no later than 10:00 a.m. on August 14, 2024**.  Once the Overbid Deposit has been deposited in the mail, the Qualified Overbidder must provide tracking information for the Overbid Deposit to Debtor via email addressed to james.till@till-lawgroup.com.  The Overbid Deposit shall not be refundable if such party is the successful bidder and is thereafter unable to complete the purchase of the Property per the terms of the proposed Sale.

4. <u>Initial Overbid</u>:  The initial overbid for the Property shall be **$90,000.00**, with subsequent overbids being made in minimum increments of **$2,500.00**.

5. <u>Successful Overbidder Subject to Terms of Purchase Agreement</u>.  In the event Buyer is not the successful bidder for the Property, the successful bidder ("<u>Successful Bidder</u>") shall then become the buyer under the same terms and conditions as set forth in the Purchase Agreement, except the Purchase Price.   Under these circumstances, the Purchase Agreement with Buyer would no longer be effective and Buyer would be entitled to a full refund of the Deposit.  Such overbid will not be subject to any contingencies.

6. <u>Liquidated Damages, Successful Bidder's Default</u>.  If the Successful Bidder, after Court approval of the Sale to the Successful Bidder, fails to close, Debtor shall retain the Overbid Deposit as liquidated damages without further legal action.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
120 Newport Center Drive, Newport Beach, CA 92660

A true and correct copy of the foregoing document entitled: **NOTICE OF SALE OF ESTATE PROPERTY** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 07/25/2024, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
   See attached NEF service list

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 07/25/2024, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

   See attached US Mail service list

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

  Pursuant to the procedures of the Honorable Julia W. Brand, Judge Brand waives application of LBR 5005-2(d) to serve
  Judge's copies for all documents unless otherwise directed by the Court.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 07/25/2024 | Martha Araki | /s/ Martha Araki |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                                    Page 3                               **F 6004-2.NOTICE.SALE**

**CCC Consulting Corporation**

1. <u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**</u>:

- Attorneys for Debtor CCC Consulting Corporation:  **James E Till**:  james.till@till-lawgroup.com; sfritz@till-lawgroup.com; martha.araki@till-lawgroup.com; myrtle.john@till-lawgroup.com
- Subchapter V Trustee:  **Mark M Sharf (TR)**:  mark@sharflaw.com; C188@ecfcbis.com; sharf1000@gmail.com
- Attorneys for Creditor JMS Development Partners, LLC:  **Michael S Greger, William W Huckins**: mgreger@allenmatkins.com; whuckins@allenmatkins.com; clynch@allenmatkins.com; igold@allenmatkins.com; kpreseton@allenmatkins.com
- Attorneys for Creditor Profssional Building Care, Inc.:  **Chris D. Kuhner**:  c.kuhner@kornfieldlaw.com
- Attorney for Matthew D. Pham:  **Matthew D. Pham**:  mpham@allenmatkins.com, mdiaz@allenmatkins.com
- United States Trustee (SA):  ustpregion16.la.ecf@usdoj.gov; **Hatty Yip**:  hattie.k.yip@usdoj.gov

2. <u>**SERVED BY UNITED STATES MAIL**</u>:

SEE ATTACHED SERVICE LIST

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0973-2<br>Case 2:22-bk-16853-WB<br>Central District of California<br>Los Angeles<br>Thu Jul 25 13:38:47 PDT 2024 | CCC Consulting Corporation<br>604 Wrede Way<br>West Covina, CA 91791-2351 | California Department of Tax and Fee Adminis<br>Special Procedures Section MIC 82<br>450 N Street<br>P. O. Box 942879<br>Sacramento, CA 95814-4311 |
| ~~JMS Development Partners, LLC~~<br>~~c/o William W. Huckins~~<br>~~Allen Matkins LLP~~  **NEF PARTY**<br>~~Three Embarcadero Center~~<br>~~12th Floor~~<br>~~San Francisco, CA 94111-4037~~ | LIMNEXUS LLP<br>707 Wilshire Blvd. 46th Fl.<br>Los Angeles, CA 90017-3501 | ~~Professional Building Care, Inc.~~<br>~~c/o Chris D. Kuhner, Esq.~~<br>~~Kornfield Nyberg Bendes Kuhner & Little~~<br>~~1970 Broadway, Suite 600~~<br>~~Oakland, CA 94612-2218~~ **NEF PARTY** |
| Los Angeles Division<br>255 East Temple Street,<br>Los Angeles, CA 90012-3332 | 671 Laurel San Carlos Associates, LLC<br>677 Laurel Street Associates, LLC<br>c/o JMS Development Partners<br>1140 Laurel Street, Ste. B<br>San Carlos, CA 94070-5054 | AFLAC<br>Attn: Rosario Ronquillo<br>4500 Park Granada Blvd #202<br>Calabasas, CA 91302-1666 |
| AMEX - Business Platinum<br>Rausch Sturm LLP<br>250 N Sunnyslope Rd Ste 300<br>Brookfield, WI 53005-4824 | Ace Foods LLP<br>Attn Marie C Mirch Esq<br>1180 Rosecrans St Ste 104-557<br>San Diego, CA 92106-2660 | Alvaro Alvarez<br>519 Anacapa St Apt B<br>Santa Barbara, CA 93101 |
| American Express - Business Gold Reward<br>Rausch Sturm LLP<br>250 N Sunnyslope Rd Ste 300<br>Brookfield, WI 53005-4824 | American Express - Business Platinum<br>Rausch & Sturm LLP<br>250 N Sunnyslope Rd Ste 300<br>Brookfield, WI 53005-4824 | American Express - Plum<br>Rausch Sturm LLP<br>250 N Sunnyslope Rd Ste 300<br>Brookfield, WI 53005-4824 |
| Andres S Baisch<br>955 Cherry St<br>San Carlos, CA 94070-3204 | Andrew McCauley<br>815 E Fremont Ave<br>Sunnyvale, CA 94087-2915 | Andrew Osorio<br>1 Plaza View Ln<br>San Mateo, CA 94404-5114 |
| Andy Top<br>721 Whipple Ave<br>Redwood City, CA 94063-1228 | Aramark<br>PO Box 101179<br>San Mateo, CA 94403 | Aramark<br>PO Box Box 731676<br>Dallas, TX 75373-1676 |
| Aubriana A Campbell<br>3135 Campus Dr #106<br>San Mateo, CA 94403-3130 | Berkovitch & Bouskila, PLLC<br>1545 U.S. 202, Suite 101<br>Pomona, NY 10970-2951 | (p)BEVERAGE DISTRIBUTORS COMPANY LLC<br>ATTN MIKE STEIN<br>3980 CENTRAL PARK BLVD<br>DENVER CO 80238-3803 |
| Brenda Rodriguez<br>5218 Keo Dr<br>Santa Barbara, CA 93111-2104 | CCC Capital Inc<br>8028 Harrison St<br>Paramount, CA 90723-5452 | CCC Entertainment Corp<br>802 Harrison St<br>Paramount, CA 90723 |
| CCC Livinroom Corporation<br>8028 Harrison St<br>Paramount, CA 90723-5452 | CCC Patxis Corporation<br>10824 Archway Dr<br>Long Beach, CA 90804 | CCC Patxis Pizza 2 Corp<br>8028 Harrison St<br>Paramount, CA 90723-5452 |

| | | |
|---|---|---|
| California Dept Tax and Fee Admin<br>Attn Maria Hales<br>3321 Power Inn Rd Ste 210<br>Sacramento, CA 95826-3893 | California Dept. of Tax and Fee Administrati<br>Collection Support Bureau, MIC: 55<br>PO Box 942879<br>Sacramento, CA 94279-0055 | California Dept. of Tax and Fee Administrati<br>Collections Support Bureau, MIC: 55<br>PO Box 942879<br>Sacramento, CA 94279-0001 **DUPLICATE** |
| Carlos Gasga<br>671 Laurel St Apt 103B<br>San Carlos, CA 94070-3111 | Celeste Di Maria<br>620 W Gutierrez St<br>Santa Barbara, CA 93101-4569 | Celtic Bank<br>268 State St #300<br>Salt Lake City, UT 84111-5314 |
| Christopher Vella<br>RP Commercial<br>5318 E 2nd St #303<br>Long Beach, CA 90803-5324 | (p)CITY AND COUNTY OF DENVER<br>ATTN ATTENTION BANKRUPTCY<br>201 W COLFAX AVE<br>DEPT 1009 MC 1001<br>DENVER CO 80202-5329 | City and County of Denver<br>PO Box Box 660861<br>Dallas, TX 75266-0861 **RETURNED MAIL** |
| Claro Pirir<br>145 Roosevelt Ave #36<br>Redwood City, CA 94061-2359 | Colorado Department of Revenue<br>Attn: Bankruptcy Unit Rm 104<br>1881 Pierce St<br>Lakewood, CO 80214-1407 | Colorado Department of Revenue<br>P O Box 17087<br>Denver, CO 80217-0087 |
| Coors Distributing<br>Attn: Blair Lynzie<br>5400 Pecos<br>Denver, CO 80221-6404 | Cristian Carballo Valladares<br>712 Madison Ave Apt A<br>Redwood City, CA 94061-1645 | Cutting Catering<br>8028 HarrisonSt<br>Paramount, CA 90723-5452 |
| Cutting Concepts Corporation<br>Attn Steve Luan Esq<br>2451 Huntington Dr<br>San Marino, CA 91108-2644 | Daly Property Management<br>9743 Oakmore Rd<br>Los Angeles, CA 90035-4023 | Danta Sosa<br>712A Madison Ave<br>Redwood City, CA 94061-1645 |
| Denver Beverage<br>Attn: Nick Christensen<br>353 West 56th Ave<br>Denver, CO 80216-1621 | Denver Water<br>P O Box 173343<br>Denver, CO 80217-3343 | Devils Canyon Brewing Company<br>935 Washington St<br>San Carlos, CA 94070-5316 |
| Direct TV<br>P O Box 5006<br>Carol Stream, IL 60197-5006 | Donovin P Caldwell<br>129 Leanne Ln<br>Concord, CA 94518-2010 | Edgar Aguilar<br>1244 Cherry St Apt 3<br>San Carlos, CA 94070-3126 |
| Edmund Cutting<br>604 Wrede Way<br>West Covina, CA 91791-2351 | Edmunds<br>8028 Harrison Sts<br>Paramount, CA 90723-5452 | Elizabeth Bertin<br>1814 Robbins St<br>Santa Barbara, CA 93101-4628 |
| Employment Development Department<br>Bankruptcy Group MIC 92E, PO BOX 826880<br>Sacramento, CA 95814 **DUPLICATE** | Employment Development Dept<br>Bankruptcy Unit MIC 92E<br>PO Box Box 826880<br>Sacramento, CA 94280-0001 | Erick Top<br>721 Whipple Ave<br>Redwood City, CA 94063-1228 |

| | | |
|---|---|---|
| Essential Plastics<br>Attn: Milena Nichols<br>4901 Nome St<br>Denver, CO 80239-2715 | Franchise Tax Board<br>Bankruptcy Section MS A-340<br>PO Box 2952<br>Sacramento, CA 95812-2952 | Gerson Top<br>721 Whipple St<br>Redwood City, CA 94063-1228 |
| Gil Hopenstand<br>312 N Spring Street, 5th Fl<br>Los Angeles, CA 90012-4701 | Golden Brands<br>245 S Spruce Ave #900<br>South San Francisco, CA 94080-4587 | IFS<br>5496 Lindbergh Lane<br>Bell , CA 90201-6409 |
| Image Systems Signs Inc<br>Attn: Sergio Meiron<br>870 Crenshaw Blvd Unit 101<br>Los Angeles, CA 90005-5202 | Internal Revenue Service<br>PO Box Box 7346<br>Philadelphia, PA 19101-7346 | Isaac A Cifuentes<br>1024 Adams St Apt 1<br>Redwood City, CA 94061-2352 |
| JMS Development Partners<br>Angi DiPaola<br>P O Box 1334<br>San Carlos, CA 94070-7334 | ~~JMS Development Partners~~<br>~~Box 1334~~<br>~~San Carlos, CA 94070-7334~~<br>**DUPLICATE** | Jacob Macias<br>1024 Palmetto Way Unit B<br>Carpinteria, CA 93013-2855 |
| Jade Kung<br>22627 Myrtle Circle<br>Hayward, CA 94541-6335 | Jesus Avina<br>5218 Mono Dr<br>Santa Barbara, CA 93111-2112 | Jordan Scott<br>325 S Los Robles Ave #3<br>Pasadena, CA 91101-3218 |
| Kalamata Capital LLC<br>1545 U.S. 202, Suite 101<br>Pomona, NY 10970-2951 | Kalmata Capital Inc<br>Attn Ariel Bouskila Esq<br>80 Broad St Ste 3303<br>New York, NY 10004-2845 | Kevin E Carballo Valladares<br>810 Coleman Ave<br>Menlo Park, CA 94025-2451 |
| Law Office of Patrick C Carroll<br>Attn Patrick Carroll Esq<br>6440 Oak Canyon Ste 250<br>Irvine, CA 92618-5211 | Levi Chagoya<br>130 S Soledad<br>Santa Barbara, CA 93103-3587 | Mackenzie Clarke<br>163 Silver Ave<br>Redwood City, CA 94061 |
| Mara Parau<br>416 E Valerio St<br>Santa Barbara, CA 93101-1119 | Matagrano Inc<br>R. Fernandez<br>P O Box 2588<br>South San Francisco, CA 94083-2588 | Mathias White<br>8529 Arcade Oaks Ct<br>Orangevale, CA 95662-6011 |
| Matthew Lloyd<br>620 Cassia St<br>Redwood City, CA 94063-2018 | Maurilio Munoz-Severiano<br>2102 Bath St<br>Santa Barbara, CA 93105-4357 | Narciso Suarez<br>122 Hurlbut St<br>Pasadena, CA 91105-4033 |
| Noah Sanders<br>779 Camino Pescadero<br>Goleta, CA 93117-4620 | ODK Capital, LLC<br>1400 Broadway<br>New York, NY 10018-5300 | Patsyann Sutton<br>964 E Badillo St<br>Covina, CA 91724-2950 |

Patxis Limited
Attn Michael Nakhleh
466 E Foothill Blvd #356
Altadena, CA 91001

Pinnacle Business Funding LLC
1202 Ave U Ste 1115
Brooklyn, NY 11229-4107

Produce Available Inc
910 Commercial Ave
Oxnard, CA 93030-7232

Professional Building Care Inc
131 Industrial Way Ste 15
Belmont, CA 94002-8209

Professional Building Care, Inc
1970 Broadway #600
Oakland, CA 94612-2218

RP Commercial
5318 E 2nd St #303
Long Beach, CA 90803-5324

Raquel Gonzalez
2351 Coral St
Los Angeles, CA 90031-2916

Redondo Investment Company
Attn Claudia Mourad Esq
29 Orchard Rd
Lake Forest, CA 92630-8300

Reid & Wise LLP
Attn Robert K Lu Esq
633 W Fifth St 26th FL
Los Angeles, CA 90071-2053

Republic Service
P O Box 78839
Phoenix, AZ 85062-8839

Ruben Flores
5362 Holister Ave Apt 11
Santa Barbara, CA 93111-2330

Ryan Patrick Sharkey
212 W Valerio St
Santa Barbara, CA 93101-2930

Seth Lindauer
Attn Marie Mirch Esq
1180 Rosecrans St Ste 104-557
San Diego, CA 92106-2660

Slaters 50 50
8028 Harrison St
Paramount, CA 90723-5452

Slaters 50/50 Bacon Burgers Beer
8028 Harrison St
Paramount, CA 90723-5452

(p)U S  SMALL BUSINESS ADMINISTRATION
312 N SPRING ST 5TH FLOOR
LOS ANGELES CA 90012-4701

SoCalGas
PO Box 30337
Los Angeles  CA 90030-0337

Southern California Gas
Remittance Processing
1801 S Atlantic Blvd ML 711D
Monterey Park, CA 91754-5207

Southern Glazers
Attn Thomas Koehorst
PO Box 742313
Los Angeles, CA 90074-2313

Southern Glaziers of CO
Attn: Dan Haveck
22800 E 19th Ave
Aurora, CO 80019-3717

State Board of Equalization
Account Information Group MIC 29
PO Box 942879
Sacramento, CA 94279-0029

Stonefire Pizza Co
8028 Harrison St
Paramount, CA 90723-5452

US Foods
P O Box 394766
San Francisco, CA 94139-4766

US Foods, Inc.
Brian Shaw
Cozen O'Connor
123 North Wacker Drive, Suite 1800
Chicago, IL 60606-1770

~~United States Trustee (LA)~~
~~915 Wilshire Blvd, Suite 1850~~
~~Los Angeles, CA 90017-3560~~
**NEF PARTY**

Vance A Brown
1519 San Pascual St Unit A
Santa Barbara, CA 93101-7803

Wesierski & Zurek LLP
Attn Claudia Mourad Esq
29 Orchard Rd
Lake Forest, CA 92630-8300

(p)XCEL ENERGY
ATTN ATTN BANKRUPTCY DEPARTMENT
PO BOX 9477
MINNEAPOLIS MN 55484-0001

~~James E Till~~
~~Till Law Group~~
~~120 Newport Center Dr~~
~~Newport Beach, CA 92660-6909~~
**NEF PARTY**

~~(p)MARK SHARF~~
~~6080 CENTER DRIVE SUITE 600~~
~~LOS ANGELES CA 90045-1540~~
**NEF PARTY**